Exhibit B

Copy of current docket sheet in the State Court Action

