# Exhibit C

Index of documents filed with removal action

Case: *LENISHA J PARKER v. BETTER NOW THAN LATER BAIL BOND, ET AL.*

Exhibit A: Plaintiffs' First Amended Petition in State Court Action with copy of service by certified mail

Exhibit B: Copy of current docket sheet in the State Court Action

Exhibit C: Index of documents filed with removal action

Exhibit D: List of all counsel of record