Exhibit D
List of all counsel of record

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LENISHA J. PARKER, § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | CIVIL ACTION NO. _____ | |
| § | | |
| BETTER NOW THAN LATER § | JURY DEMAND | |
| BAIL BOND, LISA GAIL PORTER, § | | |
| AND DANIEL PRICE, § | | |
| *Defendants.* § | | |

## LIST OF COUNSEL OF RECORD

**Defendant Harris County**
**Gregory Burnett**
Assistant County Attorney
Texas State Bar No. 24057785
Federal ID No. 3785139
1019 Congress
Houston, Texas 77002
Telephone: (713) 274-5224
Gregory.Burnett@harriscountytx.gov


**Plaintiff Lenisha J. Parker**
**U.A. Lewis**
Texas State Bar No. 24076511
P.O. Box 27353
Houston, Texas 77227
Telephone: (713) 570-6555
myattorneyatlaw@gmail.com

Date: March 7, 2025.

                                              Respectfully submitted,

                                              **CHRISTIAN D. MENEFEE**
                                              HARRIS COUNTY ATTORNEY

                                              **JONATHAN G. C. FOMBONNE**
                                              DEPUTY COUNTY ATTORNEY AND FIRST
                                              ASSISTANT

                                              **NATALIE G. DELUCA**

MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, &
REAL ESTATE DIVISIONS

By:   */s/ Gregory Burnett*
      **GREGORY BURNETT**
      Assistant County Attorney
      ATTORNEY-IN-CHARGE
      State Bar No. 24057785
      Fed. Bar No. 3785139
      Tel: (713) 274-5224 (direct)
      gregory.burnett@harriscountytx.gov

      **OFFICE OF THE HARRIS COUNTY ATTORNEY**
      1019 Congress Street
      Houston, Texas 77002

      **ATTORNEYS FOR HARRIS COUNTY**

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2025, a true and correct copy of the foregoing was served pursuant to the Federal Rules of Civil Procedure to:

U.A. Lewis
Lewis Law Group
P.O. Box 27353
Houston, Texas 77227
e-service: myattorneyatlaw@gmail.com

                                                          */s/ Gregory Burnett*
                                                          GREGORY BURNETT