# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **LENISHA J PARKER,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 4:25-CV-1075** |
| | § | |
| **BETTER NOW THAN LATER BAIL BOND,** *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court are Plaintiff's Federal Complaint (ECF No. 26) and Defendant Kenneth Pricer's Motion to Dismiss (ECF No. 24). Pursuant to Federal Rule of Civil Procedure 15(a)(1), Plaintiff has filed an amended Federal Complaint. The amended pleading renders the prior pleading of no legal effect. *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994).

Because Plaintiff has filed an amended Federal Complaint, Defendant Kenneth Price's Motion to Dismiss is hereby **DENIED AS MOOT**. The Court notes that Defendant is free to make whatever filings it deems appropriate in response to the amended Federal Complaint, as the Court makes no determination of law as to its sufficiency.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 24th day of July, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE