Exhibit 1

Call Number Report

Bates-labeled Price_LParker_0001-0014

# Call Number *20230306503*

## Call Details

| | |
|---|---|
| Date | 1/27/2023 |
| Beat | 3007 |
| Report No | 230110 |
| Agency | HCSO |
| Primary Unit | 63W18 |
| Orig Call Type | WARRANT SERVICE |
| Final Call Typ | WAR |
| Disposition | REP |
| District | C |
| Address | 10211 PIAV           (. nde ?Cluste  is  1&query 10              R) |
| City | HOUSTON |
| Entry Date | 1/27/2023 |
| Entry Time | 08:08 |
| Dispatch Date | 1/27/2 |
| Dispatch Time | 08:08 |
| Enroute Date | 1/27/2023 |
|     route    e | 08:08 |

## Call Notes

```
end ml 118420  [01/27/23 13:54:07 Unit:63W18]
confirmed, will send to jpc  [01/27/23 13:46:13 Unit:63W18]
neg contact with primary def John Taylor  [01/27/23 13:41:30 Unit:63W18]
K9 Deployment- area  [01/27/23 13:36:26 Unit:81K18]
[LAW] {42A23} UC/ON EAST  [01/27/23 13:23:00 LSEEDANEE]
[LAW] {42A23} ENDING MILEAGE 228  [01/27/23 12:59:11 LSEEDANEE]
[LAW] {81K18} UC  [01/27/23 12:53:46 LSEEDANEE]
[LAW] {42A23} UNIT WILL ADV ENDING MILEAGE  [01/27/23 12:46:16 LSEEDANEE]
MKE/WANTED PERSON
EXL/1 - FULL EXTRADITION
OR             NAM/TAYLOR,JOHN JOSEPH SCOTT SE        OB/TX
DOE          HGT/510 WGT/230 EYE/BRO HAI/BLK FBI           CTZ/US
SMT/SC R LEG
MN             68 SOC
OLN         OLS/TX OLY/2022
OFF/PUBLIC ORDER CRIMES SEE MIS - EOCBURGLARY
DOW/20210621 OCA/210007996
WNO              01 CTI/TX220031J
SID/T
LKI/TX2201200 LKA/200086910
MIS/EOC BURGLARY OF BUILDING / AFIS FPC AWSRR ARLWS / CID TARRANT
```

## Call Segments

| Segment Name | Date | Time | Unit # | Narrative |
|---|---|---|---|---|
| TIME RECEIVED | 1/27/2023 | 08:08 |  | By: SELF |
| FINISHED CALL  AKI  G | 1/27/2023 | 08:08 |  |  |
| DISPATCHED | 1/27/2023 | 08:08 | 63W18 | 1) DEFENDANT JOHN TAYLOR (FELONY WARRANT# 1723603, |
|  |  |  | 8 | 2)                                   20 ; |
| DISPATCHED... | 1/27/2023 | 08:08 | 63W18 | 3) WARRANT# 1651449, "BURG/BLDG"....HCSO CASE# |
|   IS   TC   | 1    2023 | 08:08 | 63    8 | 4)      58  48 ;   LO         T# 16    47,    LO |
| DISPATCHED... | 1/27/2023 | 08:08 | 63W18 | 5) POSSESSION OF WEAPON"...HPD CASE# 10047620 ; |

| | | | | |
|---|---|---|---|---|
| DISPATCHED... | 1/27/2023 | 08:08 | 63W18 | 6) FELONY WARRANT# 1763811, |
| DISPATCHED... | 1/27/2023 | 08:08 | 63W18 | 7) "THEFT-ATM"...UNNIVERSITY TEXAS PD CASE# |
| DISPATCHED... | 1/27/2023 | 08:08 | 63W18 | 8) 20201006001) PLUS 4 OOC WARRANTS: BEXAR COUNTY |
| | | | | 9)                                   ";                           A# |
| DISPATCHED... | 1/27/2023 | 08:08 | 63W18 | 10) D1DC21300489 "BURG" ; TARRANT COUNTY OCA# |
| | | | | 11) 1                                                         " ; |
| DISPATCHED... | 1/27/2023 | 08:08 | 63W18 | 12) OCA# 210007996 "BURG/BLDG" DEFENDANT LENISHA |
| | | | | 13) |
| DISPATCHED... | 1/27/2023 | 08:08 | 63W18 | 14) 200086910 "BURG/BLDG  VIPER |
| EN-ROUTE | 1/27/2023 | 08:08 | 63W18 | 1) DEFENDANT JOHN TAYLOR (FELONY WARRANT# 172    3, |
| EN-ROUTE... | 1/27/2023 | 08:08 | 63W18 | 2) "BURG/BLDG"...HPD CASE# 9925320 ; FELONY |
| EN-ROUTE... | 1/27/2023 | 08:08 | 63W18 | 3) WARRANT# 1651449, "BURG/BLDG"....HCSO CASE# |
| EN-ROUTE... | 1/27/2023 | 08:08 | 63W18 | 4) 170158948 ; FELONY WARRANT# 1661547, "FELON |
| EN-ROUTE... | 1/27/2023 | 08:08 | 63W18 | 5) POSSESSION OF WEAPON"...HPD CASE# 10047620 ; |
|      U    ... | 1/27/2023 | 08:08 | 63 | 6)                       T# 1763811, |
| EN-ROUTE... | 1/27/2023 | 08:08 | 63W18 | 7) "THEFT-ATM"...UNNIVERSITY TEXAS PD CASE# |
| EN-ROUTE... | 1/27/2023 | 08:08 | 63W18 | 8) 20201006001) PLUS 4 OOC WARRANTS: BEXAR COU |
| EN-ROUTE... | 1/27/2023 | 08:08 | 63W18 | 9) OCA# 1766804 "BURG"; TRAVIS COUNTY OCA# |
| | | | | 10)                                   " ; |

| EN-ROUTE... | 1/27/2023 | 08:08 | 63W18 | 11) 1686492D "BURG-FORCED ENTRY" ; FORT WORTH PD |
| E OUTE.. | 1/27/2023 | 08:08 | 63 18 | 12) OCA# 210007996 "BU G/BLDG" DEFENDA IS A |
| EN-ROUTE... | 1/27/2023 | 08:08 | 63W18 | 13) PARKER OOC WARRANT: FORT WORTH PD OCA# 4) 2000 |
| QRY: VEHICLES | 1/27/2023 | 08:08 | 63W18 | 1) Unit:63W18 TAG= STATE=TX VIN |
| QRY: | | | | 2) ( eg br) Ag cy |
| ADDED REMARKS | 1/27/2023 | 09:05 | | possible 2ndary address 13006 Ryans Eagle Dr, Houston, Tx (veh hit on 1/19.23) [01/27/23 09:05:07 Unit:63W18] |
| ADDED | 1/27/2023 | 09:14 | | on John add Misdemeanor Warrant # 2409189, "Assault Bodily Injury                22 [0 Unit:63W18] |
| VIEWED EVEN | 1/27/2023 | 09:17 | | User First Viewed Event CAD |
| DISPATCHED | 1/27/2023 | 09:49 | 63W16 | |
| | 1/27/2023 | 0 | 63 | |
| QRY: VEHICLES | 1/27/2023 | 09:53 | 63W18 | 1) Unit:63W18 TAG= STATE=TX VIN |
| QRY: | 1/27/2023 | 09:53 | 63 | 2) (Vesse eg br) VS G S2SAg cyCode |
| QRY: VEHICLES | 1/27/2023 | 09:5 | 63W18 | 1) Unit:63W18 TAG= STATE=TX VIN |
| QRY: | 1/27/2023 | 09:54 | 63W18 | 2) (VesselRegNbr) VSLREG S2SAgencyCode |

| VIEWED EVENT | 1/27/2023 | 10:0 | | User First Viewed Event CAD |
| --- | --- | --- | --- | --- |
| VIEWED | 1/27/2023 | 10:09 | | Use  irst  iewed Event CAD |
| ARRIVED | 1/27/2023 | 10:32 | 63W16 | |
| VIEWED | | | | |
| CHANGED CALLGROUP | 1/27/2023 | 10:41 | | HCSO   > HCSO3 |
| QRY: VEHICLES | 1/27/2023 | 11:07 | 63W18 | 1) Unit:63W18 TAG           STATE=TX VIN |
| QRY: | 1/27/2023 | 11:07 | 63W18 | 2) (VesselRegNbr) VSLREG   S2SAgencyCode |
| CHANGED RELATED VEH INFO | 1/27/2023 | 11:07 | 63W18 | 1) VIN:               Make:  >VOLK, |
| CHANGED RELATED VEH INFO. | 1/27/2023 | 11:07 | 63W18 | 2) VehYear: 0  >2021, Color1:   >WHI, VehStyle: |
| CHANGED RELA | 1/27/2023 | 1:07 | 63W18 | 3)  >LL |
| ENTERED RELATED NAME | 1/27/2023 | 11:07 | 63W18 | [LastName:] PARKER [OLN:          [State:] TX |

| | | | |
|---|---|---|---|
| ADDED REMARKS | 1/27/2023 | 11:07 | LIC⬛⬛⬛ EXPIRES MAY/23 EWT 3800 GWT 3800 PASSENGER-TRUCK PLT, STKR REG CLASS 02 $ 148.00 TITLE 1013114⬛⬛⬛ /02/21 ODOMETER 65 21 VOLK LL⬛⬛⬛ PASS-TRK COLOR: WHI COMM IMPED: N PREVIOUS OWNER VOLKSWAGEN CLEAR LAKE,HOUSTON,TX OWNER LENISHA JANEA PARKER,ID#=N/A, 10211 PIAVE DR,,HOUSTON,TX 77044 [01/27/23 11:07:32 Unit:63W18] |
| RESET WATCH TIMER | | | . |
| ADDED REMARKS | 1/27/2023 | 11:1 | {63W18} UC [01/27/23 11:14:21 AWREN] |
| ADDED REMARKS | | | MKE/WANTED PERSON ADO/Y - THIS SUBJECT HA MULTIPLE WARRANTS FROM THIS AGENCY EXL/1 FULL EXTRADITION ORI/TX2201200 NAM⬛⬛⬛,LENISHA JANEA SEX/F RAC/B POB/TX DO⬛⬛⬛ HGT/506 WGT/1⬛⬛⬛ HAI/BR0 FBI/⬛⬛⬛ CTZ⬛⬛⬛ I⬛⬛⬛ SOC⬛⬛⬛ OLN⬛⬛⬛ OLS/TX OLY/2023 OFF/PUBLIC ORDER CRIMES SEE M⬛⬛⬛ GLARY DOW/20210527 OCA/200⬛⬛⬛/⬛⬛⬛ WNO/2021FW001457 CTI⬛⬛⬛ MIS/E0C BURGLARY 0F BUILDING/ALS0 WARRANT 2021FW001703 SAME CHARGE/AFIS WWWWR MIS/LWWWW/PI-22989619 TX ID/PI-CH07349193 TX/ C0NCEALED HANDGUN/C0N FWPZ MIS/TX2201200 DNA/N ADD/01 - RESIDENCE (LAST KNOWN) DDA/20210527 SNU/4822 SNA/E SAM H0UST0N PKWY #1902 CTY/H0UST0N STA/TX ZIP/77049 COU/HARRIS ORI IS FORT WORTH PD 817 392-321 [0⬛⬛⬛ 2:06:05 U⬛ t:63⬛ 18] |
| VIEWED EVENT | 1/27/2023 | 12:1 | User First Viewed Event CAD |
| Q Y: N MES | 1/27/2023 | 12:19 63 18 | 1) Unit:63 18 LNAME⬛ AME⬛ DOB⬛ SE⬛ RACE SS |

| | | | | |
|---|---|---|---|---|
| QRY: NAMES... | 1/27/2023 | 12:19 | 63W18 | 2) OLN=███████ OLN=TX S2SAgencyCode |
| ENTERED RELATED | 1/27/2023 | 12:19 | 63W18 | [LastName:] TAYLOR [OLN:] ███████ [State:] TX |
| ADDED REMARKS | 1/27/2023 | 12:20 | | NAME: TAYLO███ JOSEPH SCOTT DESCRIPTION: BLACK\MALE\███████\5-10\230\BLACK\BROWN SEX OFF: N COMM IMPED: N ORGAN DONOR: N VISA EXP: PHYSICAL ADD: 5006 KENILWOOD DR CI/CO/ST/ZIP: HOUSTON,HARRIS,TEXAS,77033, UNITED STATES MAILING ADD: 5006 KENILWOOD DR CI/ST/ZIP: HOUSTON,TEXAS,77033, UNITED STATES REC STATUS: NOT ELIGIBLE ADMIN STATUS███████ATUS: HME THR ASMT: EXP: CARD TYPE: DL #:███████ CL███████ E: DL EXPIR DATE: 04262022 CARD TYPE: ID #:███████ EXPIR DATE: 04262018 RESTRICTIONS: ENDORSEMENTS: [01/27/23 12:20:22 Unit:63W18] |
| QRY: NAMES | 1/27/2023 | 12:21 | 63W18 | 1) Unit:63W18 LNAME= FNAME= DOB   SEX   RACE   SSN |
| Q | | | | 2) ███████  S2SAg  cy |
| CHANGED RELATED NAME INFO | 1/27/2023 | 12:21 | 63W18 | 1) DOB: ███████ 12:00:00 AM ███████, |
| CHANGED RELATED NAME INFO | 1/2 | | | 2)   eig |

| ADDED REMARKS | 1/27/2023 | 12:21 | | NAME: PARKE       , JANEA DESCRIPTION: BLACK\FEMALE ▮▮▮▮▮ \5-06\99\BLACK\BROWN SEX OFF: N COMM IMPED: N ORGAN DONOR: N VISA EXP: PHYSICAL ADD: 12135 GOLDEN OASIS LN CI/CO/ST/ZIP: HUMBLE,HARRIS,TEXAS,77346, UNITED STATES MAILING ADD: 12135 GOLDEN OASIS LN CI/ST/ZIP: HUMBLE,TEXAS,77346, UNITED STATES REC STATUS: ELIGIBLE ADMIN STATUS: CA    : HME THR ASMT: EXP: CARD TYPE: DL #▮▮▮▮▮▮C    E: DL EXPIR DATE: 06142023 CARD TYPE: ID ▮▮▮▮▮ EXPIR DATE: 06142011 RESTRICTIONS: A WITH CORRECTIVE LENSES [01/27/23 12:21:27 Unit:63W18] |
|---|---|---|---|---|
| ADDED REMARKS | 1/27/2023 | 12:38 | | Linked Events 2023-0307594(169) to 2023-0306503(785) [01/27/23 12:38:44 LSEEDANEE] |
| LINKED EVENTS | 1/27/2023 | 12:38 | | 1) Linked Events 2023-0307594(169) to |
| LINKED EVENTS... | 1/27/2023 | 12:38 | | 2) 2023-0306503(785) |
| Q | | | | rg ▮▮▮▮▮ |
| QRY: NAMES | 1/27/2023 | 12:40 | 63W18 | 1) Unit:63W18 LNAME=TAYLOR FNAME=JOHN |
| Q  S | 1 | 2:40 | 63  18 | 2) O ▮▮▮▮ S  C  SS  O  O |
| QRY: NAMES... | 1/27/2023 | 12:40 | 63W18 | 3) S2SAgencyCode |

| | | | |
|---|---|---|---|
| ADDED REMARKS | 1/27/2023 | 12:40 | MKE/WANTED PERSON - CAUTION CMC/05 - VIOLENT TENDENCIES ADO/Y - THIS SUBJECT HAS MULTIPLE WARRANTS FROM THIS AGENCY EXL/1 - FULL EXTRADITION ORI/TX0150000 NAM            OHN JOSEPH SCOTT SEX/M RAC/B              HGT/510 WGT/230 EYE/BRO HAI/BLK FB            TZ/US SKN           TAT            / SOC           OLN           OLS/         2 OF              DOW/20210708 OCA SID            VLD/20221109 MIS/CAUTION--,ORIG CHARGE BURGLARY BUILDING-INTENT THEFT,CONTACT BEX CO SO MIS/210-335-6000,PRE INDICT FUG DNA/N AKA/TAYLOR,JOHN AKA/TAYLOR,JOHN J AKA/TAYLOR,JOHN JOSEPH SMT/SC R LEG SMT/TAT ABDOM SMT/TAT CHEST SMT/TAT L ARM SMT/TAT L LEG SMT/TAT R ARM NIC/W604139636 TIC/TW2541932157 DTE/20210708 1230 DLU/20221109 1431 ORI IS BEXAR CO SO SAN A 210 335-6000 IMMED CONFIRM WARRANT AND |
| | | | I [0                                                                                  8] |

| | | | |
|---|---|---|---|
| ADDED REMARKS | 1/27/2023 | 12:41 | MKE/WANTED PERSON EXL/4 - NO EXTRADITION - INSTATE PICK UP ONLY. SEE MIS FIELD FOR LIMITS ORI/TX2270000 NAM          JOHN JOSEPH SEX/M RAC/B POB/TX DOB/▇▇▇ T/507 WGT/170 EYE/BR              FBI ▇▇▇ SM MNU/PI-▇▇▇ SOC ▇▇▇ OLN ▇▇▇ OLS/TX OLY/2022 OFF/BURGLARY DOW/20220623 OCA/D1DC21300489 CTI/TX227145J MIS/EXL TEXAS ONLY/BURGLARY OF BUILDING/ STAT        ONY* 331ST DC / MIS/BOND$35,000/ SID#TX▇▇▇ MNU PI IS TEXAS ISSUED ID CARD DNA/N ADD/01 - RESIDENCE (LAST KNOWN) DDA/20220625 SNU/5300 SNA/S LAKE HOUSTON PKY #319 CTY/HOUSTON STA/      77049 AKA/TAYLOR,JOHN AKA/TAYLOR,JOHN J AKA/TAYLOR,JOHN JOSEPH SCOTT SMT/TAT ABDOM SMT/TAT CHEST SMT/TAT L ARM SMT/TAT SMT/TAT R ARM SMT/TAT R LEG MNU/OA ▇▇▇ NIC/W466904993 TIC/TW2613729571 DTE/20220625 10 0 DLU/20220625 1014 ORI IS TRAVIS CO SO A        2 854-1029 IMMED CONFIRM WARRANT AND                              H O  I [01            :32 U    :63    18] |

| ADDED REMARKS | 1/27/2023 | 12:42 | MKE/WANTED PERSON ADO/Y - THIS SUBJECT HAS MULTIPLE WARRANTS FROM THIS AGENCY EXL/1 FULL EXTRADITION ORI/TX2200000 NAM/TA▮▮▮▮▮▮N JOSEPH SCOTT SEX/M RAC/B POB/TX D▮▮▮▮▮▮▮ HGT/510 WGT/230 EYE/▮▮▮▮▮▮▮ LK F▮▮▮▮▮▮▮▮ SM▮▮▮▮▮▮ ST MNU/O▮▮▮▮▮▮ SO▮▮▮▮▮▮ OLN▮▮▮▮▮▮ OLS/TX OLY/2022 OFF/BURGL - FORCED EN▮▮▮▮▮▮▮▮ OW/20211207 OCA/1686492D SID▮▮▮▮▮▮▮ VLD/20220917 MIS/MNU OA TARRANT CO ID; BURGLARY BUILDING; ALSO WARRANTS 1686594D 1690557D; MIS/AFIS AWSRR ARLWS; MNU PI TX ID; TO CONFIRM CALL 8178841310; BB 091722 DNA/N AKA/TAYLOR,JOHN AKA/TAYLOR,JOHN J AKA/TAYLOR,JOHN JOSEPH SMT/SC R LEG SMT/TAT ABDOM SMT/TAT L ARM SMT/TAT L LEG SMT/TAT R ARM SMT/TAT R LEG MNU/PI-34836020 NIC/W716525769 TIC/TW2604862162 DTE/20220516 0904 DLU/20220917 2044 ORI IS TARRANT CO SO FORT WORTH 817 884-1213 IMMED CONFIRM WARRANT AND EX I [0              8] |

| ADDED REMARKS | 1/27/2023 | 12:43 | MKE/WANTED PERSON EXL/1 - FULL EXTRADITION ORI/TX2201200 NAM/TAYLO⬛⬛⬛JOSEPH SCOTT SEX/M RAC/B POB/T⬛⬛⬛⬛HGT/510 WGT/230 EYE/BRO HAI/BLK FE⬛⬛⬛⬛CT⬛⬛⬛C R LEG MNU/OA-0975768 SOC⬛⬛⬛OLN⬛⬛⬛OLS/TX OLY/2022 OFF/PUBLIC ORDER CRIMES SEE MIS EOCBURGLARY DOW/20210621 OCA/21 WNO/2021FW001701 CTI/TX220031J SID⬛⬛⬛ LKI/TX2201200 LKA/200086910 MIS/EOC BURGLARY OF BUILDING / AFIS FPC AWSRR ARLWS / CID TARRANT 0975768 / MIS/PI-TX 34836020 / CONF YQ FWPZ TX2201200 DNA/N ADD/01 - RESIDENCE (LAST KNOWN) DDA/20210621 SNU/5300 SNA/S LAKE HOUSTON AP 319 CTY/HOUSTON STA/TX ZIP/77049 COU/HARRIS SMT/TAT ABDOM SMT/TAT CHEST SMT/TAT L ARM SMT/TAT L LEG SMT/TAT R ARM SMT/TAT R LEG MNU/P 34836020 NIC/W823948191 TIC/TW2538224669 DTE/20210621 1747 DLU/20220923 0107 ORI IS FORT WORTH POLICE DEPT 817 392-3211 IMMED CONF WARRANT AND EXTR⬛⬛⬛⬛I [0⬛⬛⬛U⬛:63⬛8] |
| --- | --- | --- | --- |
| ADDED REMARKS | 1/27/2023 | 12:46 | [LAW] {42A23} UNIT WILL ADV ENDING MILEAGE [01/27/23 12:46:16 LSEEDANEE] |
| ADDED REMARKS | ⬛ | 3 | [⬛W] {8⬛8} ⬛[0⬛⬛⬛⬛E] |
| ADDED REMARKS | 1/27/2023 | 12:59 | [LAW] {42A23} ENDING MILEAGE 228 [01/27/23 12:59:11 LSEEDANEE] |
| RESET WATCHDOG TIMER | 1/27/2023 | 13:08 | Units: 63W18   60Min. |
| ADDED⬛ | 1⬛2023 | 13:23 | [LAW] {42A23} UC/O⬛AST [0⬛27/23 13:23:00 LS⬛E] |
| VIEWED EVENT | 1/27/2023 | 13:31 | User First Viewed Event CAD |

| TRANSPORT | 1/27/2023 | 13:32 | 63W18 | To: JOINT PROCESSING CENTER/1 ADULT FML |
|---|---|---|---|---|
| REQUESTED RE O T# | 1/27/2023 | 13:32 | 63W18 | HCSO Report #230 -10114 Unit:63W18 |
| ADDED REMARKS | 1/27/2023 | 13:41 | | neg contact with primary def John Taylor [01/27/23 13:41:30 Unit:63W18] |
| ADDED | | | | ed,    o jpc [0                         8] |
| CLEARED | 1/27/2023 | 13:46 | 63W16 | [CBU] |
| ADDED REMARKS | 1/27/2023 | 13:5 | | end ml 118420 [01/27/23 13:54:07 Unit:63W18] |
| RESET WATCHDOG | 1/27/2023 | 14:02 | | Units: 63W18    120Min. |
| CLEARED | 1/27/2023 | 15:49 | 63W18 | [REP,ARR] |

## Associated Incident(s)

| Ag cy | | | Repo Type | |  |
|---|---|---|---|---|---|
| HCSO | 230110114 (./incident-detail?clusterId=1&incidentKey=3165757&query=Lenisha Parker) | | WARRANT SERVICE | WARRANT ARREST OUT OF COUNTY | 1/27/2023 |

## Associated Locations

| Address | City | People |
|---|---|---|

| 10211 PIAVE DR HOUSTON TX 77044 (./location-detail?clusterId=1&locationKey=230954&query=Lenisha Parker) | HOUSTON |  |

## Associated People

| Name | Involvement | DOB | Race | Ethnicity | Sex |
| --- | --- | --- | --- | --- | --- |
| PARKER, LENISHA JANEA (./person-detail?clusterI 1&perso Key=9 666&query Le isha er) | O | | B | | |