Exhibit 2

Incident Report

Bates-labeled Price_LParker_0015-0018

# INCIDENT/INVESTIGATION REPORT

| | |
|---|---|
| **Agency Name** | *Harris County Sheriff's Office* |
| **ORI** | *TX1010000* |

| | |
|---|---|
| **Case#** | *2301-10114* |
| **Date / Time Reported** | *01/27/2023  08:08  Fri* |
| **Last Known Secure** | *01/27/2023  08:07  Fri* |
| **At Found** | *01/27/2023  08:08  Fri* |

## INCIDENT DATA

**Location of Incident:** *10211 PIAVE DR, Houston TX 77044*
**Gang Relat:** NO **Premise Type:** **Beat/ConstDist:**

**#1 Crime Incident(s)** (Com) *Warrant Arrest - Out Of County NR-000008*
Weapon / Tools: | Entry: | Exit: | Security: | Activity:

**#2 Crime Incident** (Com) *Warrant Arrest - Out Of County NR-000008*
Weapon / Tools: | Entry: | Exit: | Security: | Activity:

**#3 Crime Incident** ( )
Weapon / Tools: | Entry: | Exit: | Security: | Activity:

**MO**

## VICTIM

**# of Victims** *1*   **Type:** SOCIETY/PUBLIC   **Injury:**

| **V1** Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|
| *State Of Texas* | *1,* | Age | | | | | |

| Home Address | Email | Home Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:**   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Home Address | Email | Home Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

**Type:**   **Injury:**

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

| Home Address | Email | Home Phone |
|---|---|---|
| | | |

| Employer Name/Address | Business Phone | Mobile Phone |
|---|---|---|
| | | |

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| | |
|---|---|
| **Officer/ID#** | *PRICE, K. D. (CRWR, LWAR)* (█████) |
| **Invest ID#** | *PRICE, K. D. (CRWR, LWAR)* (█████) |

**Supervisor** *HORN, J. M. (WAR, DAYS)* (█████)

| Status | Complainant Signature | Case Status *Cleared By Arrest* *01/27/2023* | Case Disposition: | Page 1 |
|---|---|---|---|---|

Price_LParker 0015

# INCIDENT/INVESTIGATION REPORT

*Harris County Sheriff`s Office*

Case # *2301-10114*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*LAIRD, D. (S00110)*

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2301-10114

*Harris County Sheriff`s Office*

**N A R R A T I V E**

The defendant was arrested on two out-of-county felony warrants.

Price_LParker 0016

| | | OCA |
|---|---|---|
| *Harris County Sheriff's Office* | | *2301-10114* |
| Victim | Offense | Date / Time Reported |
| *Society* | *WARRANT ARREST - OUT OF COUNTY* | *Fri 01/27/2023 08:08* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

-- Lenisha Janea Parker Arrest Narrative:

On Friday, January 27, 2023, at 1300 hours, I, Deputy K. Price, along with Viper Squad 2 warrant team, arrested DEFENDANT LENISHA PARKER OOC WARRANT: FORT WORTH PD OCA# 2021FW001457, "ENGAGING IN ORGANIZED CRIME-BURG/BLDG" and FORT WORTH PD OCA# 2021FW001703, "ENGAGING IN ORGANIZED CRIME-BURG/BLDG",  without incident, at the residence, located at 10211 Piave Dr., Houston, Harris County, Texas 77044.

Defendant Parker was transported to the Harris County Jail-JPC.  Cleared Arrest / Out of County Warrants Executed.

================================

*Harris County Sheriff`s Office*

OCA: *2301-10114*

**1** 

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *PARKER, LENISHA JANEA* | | *10211 PIAVE DR*<br>*HOUSTON, TX 77044* |

Business Address

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | 29 | B | F | | 506 | 99 | BLK | BRO | | ▮ *TX* |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | | Race | Sex | Eth | Height | | Weight | | SSN |
|---|---|---|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | | Make | Model | | Color | Caliber | Dir of Travel | | |
| | | | | | | | | Mode of Travel | | |
| Veh Yr / Make / Model | | Drs | Style | | Color | | Lic Plate / State | | VIN | |

| Notes | Physical Char |
|---|---|

Price_LParker 0018