UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LENISHA J. PARKER | § § § § § | |
| Plaintiff, | | |
| vs. | § § § § § § § § § | CIVIL ACTION NO. H-4:25-cv-01075 |
| BETTER NOW THAN LATER BAIL BOND, LISA GAIL PORTER, AND DANIEL PRICE | | |
| Defendants. | | |

## SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: <u>3</u> Days           Jury: <u>  X  </u>           Non-Jury:_____

1. (a) NEW PARTIES shall be joined by:                                             <u>September 12, 2025</u>
   The Attorney causing the addition of new parties
   will provide copies of this Order to new parties.
   (b) AMENDMENT TO PLEADINGS by Plaintiff or Counter-Plaintiff shall
   be filed by:                                                                                   <u>September 12, 2025</u>

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:                                                                        <u>         May 1, 2026         </u>

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:                                                                        <u>         June 1, 2026         </u>

4. DISCOVERY must be completed by:           <u>         July 3, 2026         </u>
   Written discovery requests are not

timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:     August 7, 2026

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* (The Court will fill in this date)

7. TRIAL will begin at 9:00 a.m. (The Court sets a firm trial date)

_____  
Date

                                                Keith P. Ellison  
                                                United States District Judge

   8/15/2025                                    /s/ U.A. Lewis  
Date                                            Counsel for Plaintiff(s)

   8/15/2025                                    /s/ Gregory Burnett  
Date                                            Counsel for Defendant(s)