IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LENISHA J PARKER,** *PLAINTIFF,* | § § § § § | |
| | § § § | **CIVIL ACTION NO.** 4:25-cv-01075 |
| V. | § § | |
| **BOND GREENSPOINT BAIL BOND, LISA GAIL PORTER, AND DANIEL PRICE,** *DEFENDANTS,* | § § § § § § | |

### ORDER ON DEFENDANTS' MOTIONS TO DISMISS

Came on for consideration Defendants Motions to Dismiss Plaintiffs Complaint pursuant to Rule 12(b)(6) of the Texas Rules of Civil Procedure.Dkt. 28. Having reviewed the pleadings, the motions, the responses, and the applicable law, the Court hereby DENIES the motions

SIGNED this ___ day of _____, 2025.

_____
JUDGE PRESIDING

1