United States District Court
Southern District of Texas

**ENTERED**

October 29, 2025

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| | § |
| | § |
| | § |
| | § |
| **In re: APPHARVEST PRODUCTS,** | § **CIVIL ACTION NO. 4:25-cv-4044** |
| **LLC.,** *et al.* | § **Bankruptcy No. 23-90745** |
| | § |

## ORDER

Pending before the Court is an appeal from an order in the bankruptcy proceeding number 23-90745.  This instant appeal was entered August 26, 2025. The appellant has failed to designate the items to be included in the record on appeal and pay the requisite filing fee. Bankr. R. 8006. Pursuant to the Court's authority under Bankr. R. 8001(a), the Court hereby dismisses this appeal for undue delay and failure to pursue this action. This Order terminates the appeal.

**IT IS SO ORDERED**.

SIGNED this 28th day of October, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE