**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LENISHA J PARKER,** | § | |
| *PLAINTIFF,* | § | |
| | § | **CIVIL ACTION NO.  JURY** |
| | § | **DEMANDED** |
| | § | |
| **V.** | § | |
| | § | |
| **BOND GREENSPOINT** | § | |
| **BAIL   BOND,   LISA** | § | |
| **GAIL PORTER, AND** | § | |
| **DANIEL PRICE,** | § | |
| *DEFENDANTS,* | § | |
| | § | |
| | § | |
| | § | |

**PLAINTIFF NOTICE OF NO CRIMINAL CASES PENDING AGAINST**
**LENISHA PARKER**

TO THE HONORABLE JUDGE KEITH ELLISON

    Plaintiff Lenisha Parker files this NOTICE OF NO CRIMINAL CASES

PENDING AGAINST LENISHA PARKER. Ex. A

                                        Respectfully submitted,
                                        By:**/s/ U.A. Lewis**
                                        U.A. Lewis
                                        SBN: 24076511
                                        FBN: 1645666
                                        The Lewis Law Group
                                        P.O. Box 27353
                                        Houston, TX 77227
                                        Phone: (713) 570-6555

1

MyAttorneyAtLaw@gmail.com
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on February 4, 2026 I served a true and correct copy of the proceeding Response to the Motion to Dismiss to all parties or counsel of record.

*/s/ U.A. Lewis*
*U.A. LEWIS*



# PHIL SORRELLS

Criminal District Attorney
Tarrant County

March 21, 2024

UA Lewis
office@thelewislaw.com
PO Box 27353 Houston,
TX 77227-7353
(713) 570-6555

To Whom It May Concern:

This letter is to confirm that as of the date of this letter, there are currently no criminal cases pending against Lenisha Parker (DOB: June 14,1993) in the Tarrant County, Texas district or county criminal courts.

Very truly yours,

PHIL SORRELLS

CRIMINAL DISTRICT ATTORNEY TARRANT COUNTY, TEXAS

Taylor Haley

Assistant Criminal District Attorney