**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LENISHA J. PARKER,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-01075** |
| | § | |
| **BETTER NOW THAN LATER** | § | |
| **BAIL BOND, LISA GAIL PORTER,** | § | |
| **AND DANIEL PRICE,** | § | |
| *Defendants.* | § | |

**DEFENDANT KENNETH PRICE'S NOTICE OF PRIOR
OUT OF COUNTY ARREST WARRANT FOR LENISHA J. PARKER**

TO THE HONORABLE JUDGE OF SAID COURT:

KENNETH PRICE files this Notice of Prior Out of County Arrest Warrant for Plaintiff

Lenisha J. Parker in support of his Motion to Dismiss (Dkt. 28), in compliance with the Court's

Order issued during the telephonic hearing held before the Court on February 4, 2026. Attached

as "Exhibit 3" is a copy of the prior warrant.

Date: February 5, 2026.

                    Respectfully submitted,

By:    */s/ Gregory Burnett*
        **GREGORY BURNETT**
        Assistant County Attorney
        ATTORNEY-IN-CHARGE
        State Bar No. 24057785
        Fed. Bar No. 3785139
        Tel: (713) 274-5224 (direct)
        gregory.burnett@harriscountytx.gov

        **OFFICE OF THE HARRIS COUNTY ATTORNEY**
        1019 Congress Street
        Houston, Texas 77002
        **ATTORNEY FOR KENNETH PRICE**

## <u>CERTIFICATE OF SERVICE</u>

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.


*/s/ Gregory Burnett*
GREGORY BURNETT