THE STATE OF TEXAS ) (　　　　　WARRANT NO: **2021 FW 001703**

COUNTY OF TARRANT ) (　　　　　CASE NO:　　210007996

## WARRANT OF ARREST
### TO ANY PEACE OFFICER OF THE STATE OF TEXAS;

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant; you are hereby commanded to arrest

## LENISHA JANEA PARKER
### A black female, date of birth: ███/1993

Hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of the said State, to-wit

### FOR BURGLARY OF BUILDING

Of which offense SHE the said suspect is accused by the written affidavit, under oath of **Detective J. Lonergan #4165**, Fort Worth Police Department, filed before me anterior to the issuance of this warrant. Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the **21** day of **JUNE**, A.D., 2021.

*Patricia L. Summers*

MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

**PATRICIA L. SUMMERS**



**JUDGE, FORT WORTH MUNICIPAL COURT**

TITLE AND OFFICE HELD BY MAGISTRATE

**RECOMMENDED BOND:** $ 5000.00
**TIME:** 1:22 P.M.

### RETURN

Came on to hand on the **20** day of **Aprl**, **23**, and executed on the **23** day of **Aprl - 23**

*[signature]* #342

NAME OF PEACE OFFICER

*FWPD*

DESCRIPTION OF OFFICE

Exhibit3

THE STATE OF TEXAS      ) (                    WARRANT NO: 2021 FW 001703
COUNTY OF TARRANT      ) (                         CASE NO:        210007996

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who after being duly sworn on oath deposes and says: My name is Detective J. Lonergan #4165, FORT WORTH POLICE DEPARTMENT, and I have good reason to believe and do believe that on or about the 31st day of January, 2021, in Tarrant County, Texas, Lenisha Janea Parker, a black female, date of birth: ████ 1993, with the intent to establish, maintain, or participate in a combination or in the profits of a combination did then and there commit the offense of Engaging in Organized Criminal Activity-BURGLARY OF BUILDING, without the effective consent of Kevin Klingele, the owner of the 7 Mile Cafe thereof, break into or enter a building, to wit: the 7 Mile Cafe, with intent to commit theft.

My belief is based upon the following facts and information:

That on January 31, 2021, at approximately 12:20 AM, the witness (Clifford Ford) a Security Officer for Axis Protection hired by Kevin Klingele the owner of 7 Mile Café located at 6300 North Fwy., Fort Worth, TX. in Tarrant County was patrolling the parking lot surrounding the restaurant. Clifford observed a dark colored crossover SUV backed up to the doors at the rear of the building. Clifford then saw a man throw something in the rear of the vehicle, get into the driver seat and drive off southbound from the building.

That Clifford flagged down an FWPD Patrol vehicle in the area and informed Officer C. Fountain #4451 that he believed a burglary just occurred. Officer Fountain attempted to locate the suspect vehicle, but was unable. Officer Fountain returned to the scene, completed the initial investigation and issued Clifford report# 210007996.

That on February 2, 2021, your Affiant was assigned report# 210007996 for follow up investigation.

That beginning in November of 2020, a series of Burglary events started taking place in the Fort Worth area targeting restaurants for their safes. Surveillance video footage obtained from the burglaries yielded two primary suspects described as very large framed black males approximately 5'10 in height. The two males wore distinctive blue coveralls / jumpsuits that appear almost identical. Each male carefully conceals most of their face with a ski mask or something similar. Each male wore gloves during every Burglary. The investigation has shown that the suspects go to great lengths to conceal their identities, even removing the license plates to their vehicle.

*Suspect 1:* Medium height black male, very heavy, wearing blue coveralls/jumpsuit, with a black full head covering with a reflective Nike swoosh and a reflective stripe in the back. Suspect 1 carried a crowbar with a yellow sticker.
*Suspect 2:* Medium height black male, very heavy, wearing blue coveralls/jumpsuit, black face covering with a single round eye opening, orange and black gloves and black boots with white shoelaces.
*Suspect 3:* Unknown person providing planning/monetary support for commission of the offenses (rental cars, hotel rooms).
*Suspect vehicle:* 2020 black Ford Edge with no license plates.

Confidential                        Page 2                        6/21/2021

THE STATE OF TEXAS    )(                          WARRANT NO: 2021 FW 001703
COUNTY OF TARRANT    )(                          CASE NO:              210007996

That subsequent investigation has yielded that the suspects are from Houston, Texas and using rental vehicles to travel back and forth to Fort Worth and surrounding cities.

That your Affiant contacted the owner, Kevin Klingele. Your Affiant received video from Kevin. The video was from multiple camera angles outside and inside the 7 Mile Cafe.

That on February 4, 2021, your Affiant created a BOLO (Be on the Look Out) with still shots of the two suspects and suspect vehicle from the surveillance videos taken at 7 Mile Cafe. The BOLO was disseminated citywide.

That on April 14, 2021, your Affiant was contacted by Austin PD Detective Dustin Smart #5371. Detective Smart was part of a Property Crimes unit investigating a series of burglaries in Austin with the same *modus operandi* as the burglaries committed in Fort Worth and surrounding areas. Detective Smart obtained a copy of your Affiant's BOLO and compared your Affiant's suspects to his suspects.

That in almost all the offenses committed in Austin the suspects are wearing the same clothing, gloves, head coverings, shoes and using the same tools as in the offense committed at the 7 Mile Cafe.

That through the use of search warrants for cellular devices in use around the offense locations in Austin, Austin PD obtained a list of numbers and determined one number was located at 5 burglary offenses. That cell phone number was associated with an in-vehicle OnStar device. OnStar is an in-vehicle safety and security system which centers around a cellular device placed in the equipped vehicle.

That Austin PD was able to trace that OnStar number to a rental company Avis Budget Group and determine the person who rented the vehicle used in the commission of multiple burglaries in their cases was Lanisha Janea Parker, black female date of birth: ███ 1993.

That on March 3, 2021, Austin PD tracked another rental vehicle rented to Lanisha Parker to the Embassy Suites by Hilton located at 9505 Stonelake Blvd., Austin, Texas. At that hotel a room was being rented by Lanisha Parker and John Taylor.

That Austin PD observed two large black males depart the location in the rented vehicle. Austin PD affected a traffic stop on the vehicle and identified the driver and passenger as John Joseph Scott Taylor and Tyrus Charles Turner Jr.

That Austin PD searched the vehicle and located numerous incriminating pieces of evidence to include: bulk amounts of cash that were both loose and banded with bank wrappings, two blue coveralls / jumpsuits, two black face coverings (one with a Nike emblem), black boots, a crow bar with a yellow sticker in the middle and a pair of black gloves with a large white letter "H" on the back. All of the clothing and tools named above are seen being used or worn by the suspects during the commission of the burglaries in Fort Worth and surrounding areas.

That your Affiant viewed Lenisha Parker's Facebook page and found that she is married to John Taylor. John Taylor is a very large framed black male and does match the physical descriptors of the suspects in these Burglaries.

Confidential                          Page 3                          6/21/2021

THE STATE OF TEXAS    )(
COUNTY OF TARRANT    )(

WARRANT NO: 2021 FW 001703
CASE NO: _____ 210007996

That your Affiant obtained vehicle rental information from Avis Budget Group confirming a 2020 black Ford Edge with license plate# MZP1241 was rented by Lanisha Parker out of Houston on 1/28/2021.

That your Affiant queried a police database known as Vigilant Solutions. The queried 2020 black Ford Edge with license plate# MZP1241 had a location hit on 1/31/2021 at 2:43 PM at 100 Airline Dr Coppell, TX, less than 10 hours before and 30 miles away from the offense location at 7 Mile Cafe.

That after John Taylor's arrest for Burglary he made a jail phone call to Lenisha Parker's known phone number of (832) 865-8759. This phone call occurred on 3/22/2021, at 12:58 PM, in which John Taylor tells Lenisha Parker to "wipe that phone," and Lenisha replies, "I'm trying to, it's asking for a code." This is common when suspects believe that incriminating information is located on their electronic devices (i.e. cellular phone) and they want it erased. This makes their incriminating digital evidence no longer available to law enforcement.

That your Affiant obtained multiple offense reports from Harris County, Texas documenting John Taylor as a previously convicted Felon. John Taylor has multiple previous arrests and convictions for Burglarizing businesses and stealing their safes. One documented report did note that Lenisha Parker had previously rented a vehicle for John Taylor to use during the commission of a Burglary he perpetrated.

Due to the aforementioned facts and information being related to me as a result of this investigation, I have reason to believe and do believe **Lenisha Janea Parker**, a black female, date of birth: ███1993, did commit the offense of **Engaging in Organized Criminal Activity-BURGLARY OF BUILDING** against the laws of the state of Texas as defined in the penal code.

WHEREFORE, I request that an arrest warrant issue for the suspect hereinbefore designated according to the laws of this State.

WITNESS my signature this, the 21st day of June, 2021.

_____ #4165
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME this, the __21__ day of June, 2021.



*Patricia L. Summers*
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

PATRICIA L. SUMMERS
PRINTED NAME

JUDGE, FORT WORTH MUNICIPAL COURT
TITLE AND OFFICE HELD BY MAGISTRATE
6/21/2021

Confidential                                    Page 4