**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LENISHA J. PARKER,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-01075** |
| | § | |
| **BETTER NOW THAN LATER** | § | |
| **BAIL BOND, LISA GAIL PORTER,** | § | |
| **AND DANIEL PRICE,** | § | |
| *Defendants.* | § | |

### DEFENDANT KENNETH PRICE'S NOTICE OF SUPPLEMENTAL DOCUMENTS IN SUPPORT OF HIS MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

KENNETH PRICE files this Notice of Supplemental Documents in support of his Motion

to Dismiss (Dkt. 28), in compliance with the Court's Order issued during the telephonic hearing

held before the Court on February 4, 2026. "Attached as Exhibit 4 are the documents that Plaintiff

requests the Court to take judicial notice of".

Date: February 23, 2026.

Respectfully submitted,

By:    */s/ Gregory Burnett*
**GREGORY BURNETT**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Street
Houston, Texas 77002
**ATTORNEY FOR KENNETH PRICE**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.


*/s/ Gregory Burnett*
GREGORY BURNETT