Exhibit 4

Bates-labeled Price_LParker 0019-0046

# COMMUNICATIONS

## Event Report

Event ID: **2023-0306503**        Call Ref #: 785        Date/Time Received: 01/27/23 08:08:15

| | | |
|---|---|---|
| Rpt #: 2301-10114 | Prime Unit: 63W18 | Services Involved |
| Call Source: SELF | PRICE, KENNETH D | |

Services Involved: **LAW**

Location: **10211 PIAVE DR**

X-ST: *GEMMA LN*

Jur: CAD    Service: LAW    Agency: HCSO
St/Beat: 3007    District: C    RA:

Business:        Phone:        GP: 3407

Nature: **WARRANT SERVICE**        Alarm Lvl: 1    Priority: 3        Medical Priority:

Reclassified Nature:

Caller:        Alarm:
Addr:        Phone:        Alarm Type:

Vehicle #: ███████    St: TX    Report Only: No    Race:    Sex:    Age:

Call Taker: Unit:63W18        Console: 801663

Geo-Verified Addr.: Yes    Nature Summary Code:        Disposition: REP    Close Comments:

Notes:

***See Event Notes Addendum at end of this report***

### Times

| | | |
|---|---|---|
| Call Received: 01/27/23 08:08:15 | Time From Call Received | |
| Call Routed: 01/27/23 08:08:15 | | Unit Reaction: 002:24:26 *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 01/27/23 08:08:15 | | En-Route: *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 01/27/23 08:08:15 | *(Time Held)* | On-Scene: 005:16:37 *(1st Arrive to Last Clear)* |
| 1st En-Route: 01/27/23 08:08:15 | | |
| 1st Arrive: 01/27/23 10:32:41 | 002:24:26 *(Reaction Time)* | |
| Last Clear: 01/27/23 15:49:18 | 007:41:03 | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|------|---------|------|-------------|------------|-------------------------------------|------------|------|
| 63W18 | S26091 | D | Dispatched | 01/27/23 08:08:15 | 1) DEFENDANT JOHN TAYLOR (FELO | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 2) "BURG/BLDG"...HPD CASE# 992532 | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 3) WARRANT# 1651449, "BURG/BLDG | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 4) 170158948 ; FELONY WARRANT# 1 | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 5) POSSESSION OF WEAPON"...HPD | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 6) FELONY WARRANT# 1763811, | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 7) "THEFT-ATM"...UNNIVERSITY TEXA | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 8) 20201006001) | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 9) OCA# 1766804 "BURG"; TRAVIS CO | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 10) D1DC21300489 "BURG" ; TARRAN | | Unit:63W18 |

**Report Generated:** 03/25/2025 17:58:31 | **User ID:** KNELMS        Note: Comments may truncate in portrait. Use landscape to avoid truncation.

\\fs.hc.hctx.net\PSApps\CAD\PROD\OSSICAD\cad\rpt
\EventHistory_Event_Portrait        Page 1 of 7

Price_LParker 0019

| Event ID: 2023-0306503 | Call Ref #: 785 | WARRANT SERVICE at 10211 PIAVE DR |
|---|---|---|

| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 11) 1686492D "BURG-FORCED ENTR | | Unit:63W18 |
|---|---|---|---|---|---|---|---|
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 12) OCA# 210007996 "BURG/BLDG" | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 13) PARKER OOC WARRANT: FORT | | Unit:63W18 |
| 63W18 | S26091 | ... | Dispatched... | 01/27/23 08:08:15 | 14) 200086910 "BURG/BLDG" | | Unit:63W18 |
| 63W18 | S26091 | E | En-Route | 01/27/23 08:08:15 | 1) DEFENDANT JOHN TAYLOR (FELO | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 2) "BURG/BLDG"...HPD CASE# 992532 | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 3) WARRANT# 1651449, "BURG/BLDG | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 4) 170158948 ; FELONY WARRANT# 1 | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 5) POSSESSION OF WEAPON"...HPD | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 6) FELONY WARRANT# 1763811, | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 7) "THEFT-ATM"...UNNIVERSITY TEXA | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 8) 20201006001) | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 9) OCA# 1766804 "BURG"; TRAVIS CO | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 10) D1DC21300489 "BURG" ; TARRAN | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 11) 1686492D "BURG-FORCED ENTR | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 12) OCA# 210007996 "BURG/BLDG" | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 13) PARKER OOC WARRANT: FORT | | Unit:63W18 |
| 63W18 | S26091 | ... | En-Route... | 01/27/23 08:08:15 | 14) 200086910 "BURG/BLDG" | | Unit:63W18 |
| 63W16 | S00110 | D | Dispatched | 01/27/23 09:49:54 | | | DLAIRD |
| 63W16 | S00110 | E | En-Route | 01/27/23 09:49:54 | | | DLAIRD |
| 63W16 | S00110 | A | Arrived | 01/27/23 10:32:41 | | | Unit:63W16 |
| 63W18 | S26091 | A | Arrived | 01/27/23 11:06:02 | | | Unit:63W18 |
| 63W18 | S26091 | ENT | Entered Related Name | 01/27/23 11:07:11 | [LastName:] PARKER [OLN:] ███████ | | KDPRICE |
| 63W18 | S26091 | ENT | Entered Related Name | 01/27/23 12:19:56 | [LastName:] TAYLOR [OLN:] ███████ | | KDPRICE |
| 63W18 | S26091 | T | Transport | 01/27/23 13:32:45 | To: JOINT PROCESSING CENTER/1 A | | KDPRICE |
| 63W16 | S00110 | C | Cleared | 01/27/23 13:46:37 | [CBU] | CBU | DLAIRD |
| 63W18 | S26091 | A | Arrived | 01/27/23 13:53:49 | | | Unit:63W18 |
| 63W18 | S26091 | C | Cleared | 01/27/23 15:49:18 | [REP,ARR] | REP | KDPRICE |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 01/27/23 08:08:15 | By: SELF | | Unit:63W18 |
| | | FIN | Finished Call Taking | 01/27/23 08:08:15 | | | Unit:63W18 |
| 63W18 | S26091 | NCIC | QRY: Vehicles | 01/27/23 08:08:15 | 1) Unit:63W18 TAG=█████ STATE= | | Unit:63W18 |
| 63W18 | S26091 | ... | QRY: Vehicles... | 01/27/23 08:08:15 | 2) (VesselRegNbr) VSLREG= S2SAgen | | Unit:63W18 |
| | | ARM | Added Remarks | 01/27/23 09:05:07 | | | Unit:63W18 |
| | | ARM | Added Remarks | 01/27/23 09:14:46 | | | Unit:63W18 |
| | | VEV | Viewed Event | 01/27/23 09:17:27 | User First Viewed Event CAD | | LSEEDANE |
| 63W18 | S26091 | NCIC | QRY: Vehicles | 01/27/23 09:53:45 | 1) Unit:63W18 TAG=MSH4501 STATE= | | Unit:63W18 |
| 63W18 | S26091 | ... | QRY: Vehicles... | 01/27/23 09:53:45 | 2) (VesselRegNbr) VSLREG= S2SAgen | | Unit:63W18 |
| 63W18 | S26091 | NCIC | QRY: Vehicles | 01/27/23 09:54:35 | 1) Unit:63W18 TAG=█████ STATE= | | Unit:63W18 |
| 63W18 | S26091 | ... | QRY: Vehicles... | 01/27/23 09:54:35 | 2) (VesselRegNbr) VSLREG= S2SAgen | | Unit:63W18 |
| | | VEV | Viewed Event | 01/27/23 10:04:37 | User First Viewed Event CAD | | CKINTZ |
| | | VEV | Viewed Event | 01/27/23 10:09:43 | User First Viewed Event CAD | | AWREN |
| | | VEV | Viewed Event | 01/27/23 10:41:15 | User First Viewed Event CAD | | HBROWN |
| | | CHG | Changed CallGroup | 01/27/23 10:41:21 | HCSO --> HCSO3 | | HBROWN |
| 63W18 | S26091 | NCIC | QRY: Vehicles | 01/27/23 11:07:09 | 1) Unit:63W18 TAG=█████ STATE= | | Unit:63W18 |

*Event Report*

Price_LParker 0020

| | | | | | | |
|---|---|---|---|---|---|---|
| Event ID: 2023-0306503 | | Call Ref #: 785 | **WARRANT SERVICE at 10211 PIAVE DR** | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 63W18 | S26091 | ... | QRY: Vehicles... | 01/27/23 11:07:09 | 2) (VesselRegNbr) VSLREG= S2SAgen | Unit:63W18 |
| 63W18 | S26091 | CHG | Changed Related Veh I | 01/27/23 11:07:10 | 1) VIN: --> ███████████████, Mak | KDPRICE |
| 63W18 | S26091 | ... | Changed Related Veh I | 01/27/23 11:07:10 | 2) VehYear: 0-->2021, Color1: -->WHI, | KDPRICE |
| 63W18 | S26091 | ... | Changed Related Veh I | 01/27/23 11:07:10 | 3) -->LL | KDPRICE |
| | | ARM | Added Remarks | 01/27/23 11:07:32 | | Unit:63W18 |
| | | RSW | Reset Watchdog Timer | 01/27/23 11:11:25 | Units: 63W18 >>> 60Min. | AWREN |
| | | ARM | Added Remarks | 01/27/23 11:14:21 | | AWREN |
| | | ARM | Added Remarks | 01/27/23 12:06:05 | | Unit:63W18 |
| | | VEV | Viewed Event | 01/27/23 12:14:33 | User First Viewed Event CAD | DEIRDRE.R |
| 63W18 | S26091 | NCIC | QRY: Names | 01/27/23 12:19:55 | 1) Unit:63W18 LNAME= FNAME= DOB | Unit:63W18 |
| 63W18 | S26091 | ... | QRY: Names... | 01/27/23 12:19:55 | 2) OLN=██████ OLN=TX S2SAgency | Unit:63W18 |
| | | ARM | Added Remarks | 01/27/23 12:20:22 | | Unit:63W18 |
| 63W18 | S26091 | NCIC | QRY: Names | 01/27/23 12:21:06 | 1) Unit:63W18 LNAME= FNAME= DOB | Unit:63W18 |
| 63W18 | S26091 | ... | QRY: Names... | 01/27/23 12:21:06 | 2) OLN=██████ OLN=TX S2SAgency | Unit:63W18 |
| 63W18 | S26091 | CHG | Changed Related Nam | 01/27/23 12:21:10 | 1) DOB: ██████ 12:00:00 AM-->06/1 | KDPRICE |
| 63W18 | S26091 | ... | Changed Related Nam | 01/27/23 12:21:10 | 2) Weight: 99-->99 | KDPRICE |
| | | ARM | Added Remarks | 01/27/23 12:21:27 | | Unit:63W18 |
| | | LINK | Linked Events | 01/27/23 12:38:43 | 1) Linked Events 2023-0307594(169) to | LSEEDANE |
| | | ... | Linked Events... | 01/27/23 12:38:43 | 2) 2023-0306503(785) | LSEEDANE |
| | | ARM | Added Remarks | 01/27/23 12:38:44 | | LSEEDANE |
| 63W18 | S26091 | NCIC | QRY: Names | 01/27/23 12:40:12 | Unit:63W18 Args.DOB: ███████ | Unit:63W18 |
| 63W18 | S26091 | NCIC | QRY: Names | 01/27/23 12:40:12 | 1) Unit:63W18 LNAME=TAYLOR FNAM | Unit:63W18 |
| 63W18 | S26091 | ... | QRY: Names... | 01/27/23 12:40:12 | 2) DOB=███████ SEX= RACE= SSN | Unit:63W18 |
| 63W18 | S26091 | ... | QRY: Names... | 01/27/23 12:40:12 | 3) S2SAgencyCode= | Unit:63W18 |
| | | ARM | Added Remarks | 01/27/23 12:40:50 | | Unit:63W18 |
| | | ARM | Added Remarks | 01/27/23 12:41:32 | | Unit:63W18 |
| | | ARM | Added Remarks | 01/27/23 12:42:23 | | Unit:63W18 |
| | | ARM | Added Remarks | 01/27/23 12:43:04 | | Unit:63W18 |
| | | ARM | Added Remarks | 01/27/23 12:46:16 | Notes sent from LAW event #20230307 | LSEEDANE |
| | | ARM | Added Remarks | 01/27/23 12:53:46 | Notes sent from LAW event #20230307 | LSEEDANE |
| | | ARM | Added Remarks | 01/27/23 12:59:11 | Notes sent from LAW event #20230307 | LSEEDANE |
| | | RSW | Reset Watchdog Timer | 01/27/23 13:08:13 | Units: 63W18 >>> 60Min. | AWREN |
| | | ARM | Added Remarks | 01/27/23 13:23:00 | Notes sent from LAW event #20230307 | LSEEDANE |
| | | VEV | Viewed Event | 01/27/23 13:31:17 | User First Viewed Event CAD | JEVANNI.LE |
| 63W18 | S26091 | RPT | Requested Report# | 01/27/23 13:32:52 | HCSO Report #2301-10114 Unit:63W18 | KDPRICE |
| | | ARM | Added Remarks | 01/27/23 13:41:30 | | Unit:63W18 |
| | | ARM | Added Remarks | 01/27/23 13:46:13 | | Unit:63W18 |
| | | ARM | Added Remarks | 01/27/23 13:54:07 | | Unit:63W18 |
| | | RSW | Reset Watchdog Timer | 01/27/23 14:02:51 | Units: 63W18 >>> 120Min. | HBROWN |

| **Related Names** | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Last, First, MI Suffix | Type | Race | Sex | HT | WT | Eyes | DOB | Age | Home / Mobile Ph | Work Ph |
| Lenisha Janea Parker | | B | F | 506 | 99 | | ██████ | 29 | | |
| Address: 12135 Golden Oasis Ln, Humble, TX 77346 | | | | | | | | | | |
| Oln: ██████ | | | | Oln St: TX | | | | | | |
| Notes: | | | | | | | | | | |
| | | | | | | | | | | |
| John Joseph Scott Taylor | | B | M | 510 | 230 | | ██████ | 29 | | |

*Event Report*                                                                        Page 3 of 7

**Price_LParker 0021**

| Event ID: 2023-0306503 | Call Ref #: 785 | **WARRANT SERVICE at 10211 PIAVE DR** |

Address: 5006 Kenilwood Dr, Houston, TX 77033

Oln: ▮▮▮▮▮▮                                Oln St: TX

Notes:

| **Related Vehicles** | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Lic Tag | State | Type | Year | Make | Make Desc | Model | Color1 / | Color2 | Vin |
| ▮▮▮▮▮▮ | TX | PC | 2021 | VOLK | VOLKSWAGON | | WHI | | ▮▮▮▮▮▮ |

Notes:

| **Event Notes Addendum** |
| --- |

Notes   end ml 118420  [01/27/23 13:54:07 Unit:63W18]
confirmed, will send to jpc  [01/27/23 13:46:13 Unit:63W18]
neg contact with primary def John Taylor  [01/27/23 13:41:30 Unit:63W18]
K9 Deployment- area  [01/27/23 13:36:26 Unit:81K18]
[LAW] {42A23} UC/ON EAST  [01/27/23 13:23:00 LSEEDANEE]
[LAW] {42A23} ENDING MILEAGE 228  [01/27/23 12:59:11 LSEEDANEE]
[LAW] {81K18} UC  [01/27/23 12:53:46 LSEEDANEE]
[LAW] {42A23} UNIT WILL ADV ENDING MILEAGE  [01/27/23 12:46:16 LSEEDANEE]
MKE/WANTED PERSON
EXL/1 - FULL EXTRADITION
ORI/TX2201200 NAM/TAYLOR,JOHN JOSEPH SCOTT SEX/M RAC/B POB/TX
DOB/▮▮▮▮▮▮ HGT/510 WGT/230 EYE/BRO HAI/BLK FBI/▮▮▮▮▮▮ CTZ/US
SMT/SC R LEG
MNU/OA-0975768 SOC/▮▮▮▮▮▮
OLN/▮▮▮▮▮▮ OLS/TX OLY/2022
OFF/PUBLIC ORDER CRIMES SEE MIS - EOCBURGLARY
DOW/20210621 OCA/210007996
WNO/2021FW001701 CTI/TX220031J
SID/TX▮▮▮▮▮▮
LKI/TX2201200 LKA/200086910
MIS/EOC BURGLARY OF BUILDING / AFIS FPC AWSRR ARLWS / CID TARRANT 0975768 /
MIS/PI-TX ▮▮▮▮▮▮ / CONF YQ FWPZ TX2201200
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) DDA/20210621
SNU/5300 SNA/S LAKE HOUSTON   APT 319
CTY/HOUSTON STA/TX ZIP/77049
COU/HARRIS
SMT/TAT ABDOM
SMT/TAT CHEST
SMT/TAT L ARM
SMT/TAT L LEG
SMT/TAT R ARM
SMT/TAT R LEG
MNU/PI-▮▮▮▮▮▮
NIC/W823948191 TIC/TW2538224669 DTE/20210621 1747 DLU/20220923 0107
ORI IS FORT WORTH POLICE DEPT 817 392-3211
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI  [01/27/23 12:43:04 Unit:63W18]
MKE/WANTED PERSON
ADO/Y - THIS SUBJECT HAS MULTIPLE WARRANTS FROM THIS AGENCY
EXL/1 - FULL EXTRADITION
ORI/TX2200000 NAM/TAYLOR,JOHN JOSEPH SCOTT SEX/M RAC/B POB/TX
DOB/▮▮▮▮▮▮ HGT/510 WGT/230 EYE/BRO HAI/BLK FBI/▮▮▮▮▮▮
SMT/TAT CHEST
MNU/OA-0975768 SOC/▮▮▮▮▮▮
OLN/▮▮▮▮▮▮ OLS/TX OLY/2022

**Price_LParker 0022**

OFF/BURGL - FORCED ENTRY-RESID
DOW/20211207 OCA/1686492D
SID/TX██████████
VLD/20220917
MIS/MNU OA TARRANT CO ID; BURGLARY BUILDING; ALSO WARRANTS 1686594D 1690557D;
MIS/AFIS AWSRR ARLWS; MNU PI TX ID; TO CONFIRM CALL 8178841310; BB 091722
DNA/N
AKA/TAYLOR,JOHN
AKA/TAYLOR,JOHN J
AKA/TAYLOR,JOHN JOSEPH
SMT/SC R LEG
SMT/TAT ABDOM
SMT/TAT L ARM
SMT/TAT L LEG
SMT/TAT R ARM
SMT/TAT R LEG
MNU/PI-██████████
NIC/W716525769 TIC/TW2604862162 DTE/20220516 0904 DLU/20220917 2044
ORI IS TARRANT CO SO FORT WORTH 817 884-1213
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI  [01/27/23 12:42:23 Unit:63W18]
MKE/WANTED PERSON
EXL/4 - NO EXTRADITION - INSTATE PICK UP ONLY. SEE MIS FIELD FOR LIMITS
ORI/TX2270000 NAM/TAYLOR,JOHN JOSEPH SEX/M RAC/B POB/TX
DOB/████████ HGT/507 WGT/170 EYE/BRO HAI/BLK FBI/████████████
SMT/SC R LEG
MNU/PI-██████████ SOC/██████████
OLN/██████████ OLS/TX OLY/2022
OFF/BURGLARY
DOW/20220623 OCA/D1DC21300489
CTI/TX227145J
MIS/EXL TEXAS ONLY/BURGLARY OF BUILDING/ STATE JAIL FELONY* 331ST DC /
MIS/BOND$35,000/ SID#TX ██████████/ MNU PI IS TEXAS ISSUED ID CARD
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) DDA/20220625
SNU/5300 SNA/S LAKE HOUSTON PKY #319
CTY/HOUSTON STA/TX ZIP/77049
AKA/TAYLOR,JOHN
AKA/TAYLOR,JOHN J
AKA/TAYLOR,JOHN JOSEPH SCOTT
SMT/TAT ABDOM
SMT/TAT CHEST
SMT/TAT L ARM
SMT/TAT L LEG
SMT/TAT R ARM
SMT/TAT R LEG
MNU/OA-TX██████████
NIC/W466904993 TIC/TW2613729571 DTE/20220625 1010 DLU/20220625 1014
ORI IS TRAVIS CO SO AUSTIN 512 854-1029
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI  [01/27/23 12:41:32 Unit:63W18]
MKE/WANTED PERSON - CAUTION
CMC/05 - VIOLENT TENDENCIES
ADO/Y - THIS SUBJECT HAS MULTIPLE WARRANTS FROM THIS AGENCY
EXL/1 - FULL EXTRADITION
ORI/TX0150000 NAM/TAYLOR,JOHN JOSEPH SCOTT SEX/M RAC/B
DOB/████████ HGT/510 WGT/230 EYE/BRO HAI/BLK FBI/████████████ CTZ/US
SKN/RUD SMT/TAT R LEG
MNU/PI-██████████ SOC/██████████
OLN/██████████ OLS/TX OLY/2022
OFF/BURGLARY
DOW/20210708 OCA/1766804

---

*Event Report*                                                      Page 5 of 7

Price_LParker 0023

Event ID: 2023-0306503   Call Ref #: 785   **WARRANT SERVICE at 10211 PIAVE DR**

SID/TX█████████
VLD/20221109
MIS/CAUTION--,ORIG CHARGE BURGLARY BUILDING-INTENT THEFT,CONTACT BEX CO SO
MIS/210-335-6000,PRE-INDICT FUG
DNA/N
AKA/TAYLOR,JOHN
AKA/TAYLOR,JOHN J
AKA/TAYLOR,JOHN JOSEPH
SMT/SC R LEG
SMT/TAT ABDOM
SMT/TAT CHEST
SMT/TAT L ARM
SMT/TAT L LEG
SMT/TAT R ARM
NIC/W604139636 TIC/TW2541932157 DTE/20210708 1230 DLU/20221109 1431
ORI IS BEXAR CO SO SAN ANTONIO 210 335-6000
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI  [01/27/23 12:40:50 Unit:63W18]
Linked Events 2023-0307594(169) to 2023-0306503(785)  [01/27/23 12:38:44 LSEEDANEE]
NAME: PARKER, LENISHA, JANEA
 DESCRIPTION: BLACK\FEMALE███████████\BLACK\BROWN
    SEX OFF: N COMM IMPED: N ORGAN DONOR: N VISA EXP:
PHYSICAL ADD: 12135 GOLDEN OASIS LN
CI/CO/ST/ZIP: HUMBLE,HARRIS,TEXAS,77346, UNITED STATES
 MAILING ADD: 12135 GOLDEN OASIS LN
  CI/ST/ZIP: HUMBLE,TEXAS,77346, UNITED STATES
 REC STATUS: ELIGIBLE
ADMIN STATUS:
 CARD STATUS:
HME THR ASMT:              EXP:
  CARD TYPE: DL #: █████  CLASS: C  TYPE: DL  EXPIR DATE: 06142023
  CARD TYPE: ID #: █████  EXPIR DATE: 06142011
RESTRICTIONS: A WITH CORRECTIVE LENSES  [01/27/23 12:21:27 Unit:63W18]
NAME: TAYLOR, JOHN, JOSEPH SCOTT
 DESCRIPTION: BLACK\MALE\███████\5-10\230\BLACK\BROWN
    SEX OFF: N COMM IMPED: N ORGAN DONOR: N VISA EXP:
PHYSICAL ADD: 5006 KENILWOOD DR
CI/CO/ST/ZIP: HOUSTON,HARRIS,TEXAS,77033, UNITED STATES
 MAILING ADD: 5006 KENILWOOD DR
  CI/ST/ZIP: HOUSTON,TEXAS,77033, UNITED STATES
 REC STATUS: NOT ELIGIBLE
ADMIN STATUS:
 CARD STATUS:
HME THR ASMT:              EXP:
  CARD TYPE: DL #: █████  CLASS: C  TYPE: DL  EXPIR DATE: 04262022
  CARD TYPE: ID #: █████  EXPIR DATE: 04262018
RESTRICTIONS:
ENDORSEMENTS:  [01/27/23 12:20:22 Unit:63W18]
MKE/WANTED PERSON
ADO/Y - THIS SUBJECT HAS MULTIPLE WARRANTS FROM THIS AGENCY
EXL/1 - FULL EXTRADITION
ORI/TX2201200 NAM/PARKER,LENISHA JANEA SEX/F RAC/B POB/TX
DOB/████████ HGT/506 WGT/136 EYE/BR0 HAI/BR0 FBI/█████████ CTZ/US
MNU/PI-███████  SOC/████████
OLN/██████8 OLS/TX OLY/2023
OFF/PUBLIC ORDER CRIMES SEE MIS -   E0C BURGLARY
DOW/20210527 OCA/200086910 SID/TX█████████
WNO/2021FW001457 CTI/TX220031J
MIS/E0C BURGLARY 0F BUILDING/ALS0 WARRANT 2021FW001703 SAME CHARGE/AFIS WWWWR
MIS/LWWWW/PI-████████ TX ID/PI-CH07349193 TX/ C0NCEALED HANDGUN/C0NF FWPZ
MIS/TX2201200

---

**Price_LParker 0024**

| Event ID: 2023-0306503 | Call Ref #:  785 | **WARRANT SERVICE at 10211 PIAVE DR** |

DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) DDA/20210527
SNU/4822 SNA/E SAM H0UST0N PKWY #1902
CTY/H0UST0N STA/TX ZIP/77049
COU/HARRIS
ORI IS FORT WORTH PD 817 392-3211  [01/27/23 12:06:05 Unit:63W18]
{63W18} UC  [01/27/23 11:14:21 AWREN]
LIC [REDACTED]    EXPIRES MAY/23 EWT  3800 GWT    3800
PASSENGER-TRUCK PLT, STKR            REG CLASS 02  $ 148.00
TITLE 10131144369250246 ISSUED 07/02/21 ODOMETER 65
21 VOLK  LL [REDACTED]            PASS-TRK  COLOR: WHI COMM IMPED: N
PREVIOUS OWNER  VOLKSWAGEN CLEAR LAKE,HOUSTON,TX
OWNER  LENISHA JANEA PARKER,ID#=N/A,
      10211 PIAVE DR,,HOUSTON,TX  77044  [01/27/23 11:07:32 Unit:63W18]
on John add Misdemeanor Warrant # 2409189, "Assault Bodily Injury"...HPD case# 06485622  [01/27/23 09:14:46
 Unit:63W18]
possible 2ndary address 13006 Ryans Eagle Dr, Houston, Tx (veh hit on 1/19.23)  [01/27/23 09:05:07
Unit:63W18]
DEFENDANT JOHN TAYLOR (FELONY WARRANT# 1723603, "BURG/BLDG"...HPD CASE# 9925320 ;
FELONY WARRANT# 1651449, "BURG/BLDG"....HCSO CASE# 170158948 ; FELONY WARRANT# 1661547,
"FELON POSSESSION OF WEAPON"...HPD CASE# 10047620 ; FELONY WARRANT# 1763811, "THEFT-
ATM"...UNNIVERSITY TEXAS PD CASE# 20201006001)

PLUS 4 OOC WARRANTS:  BEXAR COUNTY OCA# 1766804  "BURG"; TRAVIS COUNTY OCA#
D1DC21300489 "BURG" ; TARRANT COUNTY OCA# 1686492D "BURG-FORCED ENTRY" ; FORT WORTH PD
OCA# 210007996 "BURG/BLDG"

DEFENDANT LENISHA PARKER OOC WARRANT:  FORT WORTH PD OCA# 200086910 "BURG/BLDG"

VIPER  [01/27/2023 08:08:15 Unit:63W18]

---

**Price_LParker 0025**

# COMMUNICATIONS

## Event Report

Event ID: **2023-0307594**          Call Ref #: 169                    Date/Time Received: 01/27/23 09:39:01

| | | |
|---|---|---|
| Rpt #: | Prime 81K18 | Services Involved |
| Call Source: SELF | Unit: NOLAN, STEVEN | **LAW** |

Location: **11999 LOCKWOOD RD/N LAKE HOUSTON PKWY**

X-ST:                                                    Jur: CAD        Service: LAW        Agency: HCSO

                                                         St/Beat: BE70    District: B          RA:

Business:                                                    Phone:                          GP: B325

Nature: **WARRANT SERVICE**          Alarm Lvl:    1   Priority: 3                    Medical Priority:

Reclassified Nature:

Caller:                                                                          Alarm:
Addr:                                          Phone:                Alarm Type:

Vehicle #:            St:  TX      Report Only:    No        Race:        Sex:        Age:

Call Taker: AWREN                      Console: PSHD0003

Geo-Verified Addr.:  Yes    Nature Summary Code:            Disposition:  INF    Close Comments:

Notes:

***See Event Notes Addendum at end of this report***

### Times

| | | |
|---|---|---|
| Call Received: 01/27/23 09:39:01 | Time From Call Received | |
| Call Routed: 01/27/23 09:39:01 | | Unit Reaction:        *(1st Dispatch to 1st Arrive)* |
| Call Take Finished: 01/27/23 09:39:01 | | En-Route:        *(1st Dispatch to 1st En-Route)* |
| 1st Dispatch: 01/27/23 09:39:01 | *(Time Held)* | On-Scene:    007:06:30  *(1st Arrive to Last Clear)* |
| 1st En-Route: 01/27/23 09:39:01 | | |
| 1st Arrive: 01/27/23 09:39:01 | *(Reaction Time)* | |
| Last Clear: 01/27/23 16:45:31 | 007:06:30 | |

### Radio Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| 63W26 | S16896 | D | Dispatched | 01/27/23 09:39:01 | Out Srv: [TRV] at Just Logged In;NEED | | AWREN |
| 63W26 | S16896 | E | En-Route | 01/27/23 09:39:01 | Out Srv: [TRV] at Just Logged In;NEED | | AWREN |
| 63W26 | S16896 | A | Arrived | 01/27/23 09:39:01 | Out Srv: [TRV] at Just Logged In;NEED | | AWREN |
| 43F11 | S28303 | D | Dispatched | 01/27/23 09:39:07 | Stat/Beat: C201 | | AWREN |
| 43F11 | S28303 | A | Arrived | 01/27/23 09:53:05 | | | Unit:43F11 |
| 63W26 | S16896 | ENT | Entered Related Vehicl | 01/27/23 11:00:45 | 1) [Vin:] ███████████ [licpl_no | | NAPAROJCI |
| 63W26 | S16896 | ... | Entered Related Vehicl | 01/27/23 11:00:45 | 2) [state:] TX | | NAPAROJCI |
| 43F11 | S28303 | C | Cleared | 01/27/23 11:45:12 | [CBU] | CBU | KENNETH.G |
| 42A23 | S00673 | D | Dispatched | 01/27/23 11:56:15 | Stat/Beat: B008 | | LSEEDANE |
| 42A23 | S00673 | E | En-Route | 01/27/23 11:56:15 | Stat/Beat: B008 | | LSEEDANE |

**Report Generated:**  03/25/2025 18:02:03  | **User ID:**  KNELMS          Note: Comments may truncate in portrait. Use landscape to avoid truncation.

Price_LParker 0026

| Event ID: 2023-0307594 | Call Ref #: 169 | WARRANT SERVICE at 11999 LOCKWOOD RD/N LAKE HOUSTON PKWY |
|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42F15 | S27871 | D | Dispatched | 01/27/23 11:59:21 | Stat/Beat: B203 | | JBUNEVICH |
| 42F15 | S27871 | E | En-Route | 01/27/23 11:59:21 | Stat/Beat: B203 | | JBUNEVICH |
| 42A23 | S00673 | S | Avail on Scene | 01/27/23 11:59:21 | OF LOC | | LSEEDANE |
| 42F15 | S27871 | C | Cleared | 01/27/23 12:04:24 | [CBU] | CBU | JBUNEVICH |
| 81K18 | S26068 | D | Dispatched | 01/27/23 12:06:32 | | | SHNOLAN |
| 81K18 | S26068 | E | En-Route | 01/27/23 12:06:32 | | | SHNOLAN |
| 81K18 | S26068 | A | Arrived | 01/27/23 12:06:32 | | | SHNOLAN |
| 42A23 | S00673 | L | Location Change | 01/27/23 12:35:57 | 10211 PIAVE | | LSEEDANE |
| 81K14 | S28079 | D | Dispatched | 01/27/23 12:38:18 | | | CRBERGMA |
| 81K14 | S28079 | E | En-Route | 01/27/23 12:38:18 | | | CRBERGMA |
| 42A23 | S00673 | MILE | Beg Mileage | 01/27/23 12:39:11 | Beg Mileage: 223.0 | | LSEEDANE |
| 42A23 | S00673 | T | Transport | 01/27/23 12:39:11 | To: 10211 PIAVE DR/1 FM ON BOARD | | LSEEDANE |
| 42A23 | S00673 | A | Arrived | 01/27/23 12:45:12 | | | LSEEDANE |
| 42A23 | S00673 | MILE | End Mileage | 01/27/23 12:45:12 | End Mileage: 0.0 | | LSEEDANE |
| 81K18 | S26068 | L | Location Change | 01/27/23 12:52:17 | 10211 PIAVE DR | | LSEEDANE |
| 81K18 | S26068 | A | Arrived | 01/27/23 12:52:24 | | | LSEEDANE |
| 81K14 | S28079 | A | Arrived | 01/27/23 13:20:13 | | | LSEEDANE |
| 81K14 | S28079 | L | Location Change | 01/27/23 13:20:50 | 10211 PIAVE DR | | LSEEDANE |
| 81K14 | S28079 | A | Arrived | 01/27/23 13:40:10 | | | Unit:81K14 |
| 81K14 | S28079 | C | Cleared | 01/27/23 13:40:15 | [CBU] | CBU | CRBERGMA |
| 42A23 | S00673 | C | Cleared | 01/27/23 14:00:01 | [CBU] | CBU | MSTANN |
| 63W26 | S16896 | C | Cleared | 01/27/23 14:19:29 | INF [INF] | INF | CYNTHIA.M |
| 81K18 | S26068 | X | Canceled | 01/27/23 16:42:34 | Pre-empted to Event # 12 | | SHNOLAN |
| 81K18 | S26068 | D | Dispatched | 01/27/23 16:45:14 | | | SHNOLAN |
| 81K18 | S26068 | E | En-Route | 01/27/23 16:45:14 | | | SHNOLAN |
| 81K18 | S26068 | A | Arrived | 01/27/23 16:45:14 | | | SHNOLAN |
| 81K18 | S26068 | C | Cleared | 01/27/23 16:45:31 | K9 PRO [INF] | INF | SHNOLAN |

### Event Log

| Unit | Empl ID | Type | Description | Time Stamp | Comments (may truncate in portrait) | Close Code | User |
|---|---|---|---|---|---|---|---|
| | | TR | Time Received | 01/27/23 09:39:01 | By: SELF | | AWREN |
| | | FIN | Finished Call Taking | 01/27/23 09:39:01 | | | AWREN |
| | | VEV | Viewed Event | 01/27/23 09:44:07 | User First Viewed Event CAD | | CKINTZ |
| | | RSW | Reset Watchdog Timer | 01/27/23 09:55:04 | Units: 63W26,43F11 >>> 60Min. | | AWREN |
| | | RSW | Reset Watchdog Timer | 01/27/23 10:55:10 | Units: 63W26,43F11 >>> 6Min. | | AWREN |
| | | ARM | Added Remarks | 01/27/23 10:56:00 | | | AWREN |
| | | RSW | Reset Watchdog Timer | 01/27/23 10:56:04 | Units: 63W26,43F11 >>> 60Min. | | AWREN |
| 63W26 | S16896 | NCIC | QRY: Vehicles | 01/27/23 11:00:44 | 1) Unit:63W26 TAG=█████ STATE= | | Unit:63W26 |
| 63W26 | S16896 | ... | QRY: Vehicles... | 01/27/23 11:00:44 | 2) (VesselRegNbr) VSLREG= S2SAgen | | Unit:63W26 |
| | | ARM | Added Remarks | 01/27/23 11:53:43 | | | CKINTZ |
| | | CHG | Changed Street | 01/27/23 11:54:45 | 11799 C E KING PKWY/E SAM HOUST | | CKINTZ |
| | | ARM | Added Remarks | 01/27/23 11:55:05 | | | CKINTZ |
| | | VEV | Viewed Event | 01/27/23 11:55:15 | User First Viewed Event CAD | | LSEEDANE |
| | | ARM | Added Remarks | 01/27/23 11:56:25 | | | LSEEDANE |
| | | ARM | Added Remarks | 01/27/23 11:57:50 | | | LSEEDANE |
| | | ARM | Added Remarks | 01/27/23 11:58:52 | | | LSEEDANE |
| | | ARM | Added Remarks | 01/27/23 11:59:10 | | | LSEEDANE |

*Event Report*

Price_LParker 0027

| | | | | |
|---|---|---|---|---|
| Event ID: 2023-0307594 | Call Ref #: 169 | **WARRANT SERVICE at 11999 LOCKWOOD RD/N LAKE HOUSTON PKWY** | | |

| | | | | |
|---|---|---|---|---|
| ARM | Added Remarks | 01/27/23 11:59:34 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:00:31 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:01:57 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:02:14 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:02:54 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:03:30 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:05:00 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:07:47 | | LSEEDANE |
| RSW | Reset Watchdog Timer | 01/27/23 12:07:51 | Units: 63W26,81K18 >>> 25Min. | LSEEDANE |
| RSW | Reset Watchdog Timer | 01/27/23 12:10:05 | Units: 63W26,81K18 >>> 25Min. | LSEEDANE |
| RSW | Reset Watchdog Timer | 01/27/23 12:10:26 | Units: 42A23 >>> 25Min. | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:36:05 | | LSEEDANE |
| VEV | Viewed Event | 01/27/23 12:38:25 | User First Viewed Event CAD | HBROWN |
| LINK | Linked Events | 01/27/23 12:38:43 | 1) Linked Events 2023-0307594(169) to | LSEEDANE |
| ... | Linked Events... | 01/27/23 12:38:43 | 2) 2023-0306503(785) | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:38:43 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:39:10 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:39:11 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:45:58 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:46:16 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:46:16 | Sent to: Linked Events | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:53:45 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:53:48 | Sent to: Linked Events | LSEEDANE |
| RSW | Reset Watchdog Timer | 01/27/23 12:53:58 | Units: 63W26,81K18,42A23 >>> 25Min. | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:59:11 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 12:59:11 | Sent to: Linked Events | LSEEDANE |
| ARM | Added Remarks | 01/27/23 13:23:00 | | LSEEDANE |
| ARM | Added Remarks | 01/27/23 13:23:00 | Sent to: Linked Events | LSEEDANE |
| RSW | Reset Watchdog Timer | 01/27/23 13:23:06 | Units: 63W26,81K18,42A23 >>> 25Min. | LSEEDANE |
| ARM | Added Remarks | 01/27/23 13:36:26 | | Unit:81K18 |
| VEV | Viewed Event | 01/27/23 13:56:06 | User First Viewed Event CAD | MEGEORGE |
| VEV | Viewed Event | 01/27/23 14:18:47 | User First Viewed Event CAD | CYNTHIA.M |
| VEV | Viewed Event | 01/27/23 14:48:40 | User First Viewed Event CAD | EMMANUEL |

### Related Vehicles

| Lic Tag | State | Type | Year | Make | Make Desc | Model | Color1 / Color2 | Vin |
|---|---|---|---|---|---|---|---|---|
| ███████ | TX | | 2009 | MAZD | MAZDA | | BLK | ████████████ |

Notes:

### Event Notes Addendum

Notes　end ml 118420 [01/27/23 13:54:07 Unit:63W18]
confirmed, will send to jpc [01/27/23 13:46:13 Unit:63W18]
neg contact with primary def John Taylor [01/27/23 13:41:30 Unit:63W18]
K9 Deployment- area [01/27/23 13:36:26 Unit:81K18]
{42A23} UC/ON EAST [01/27/23 13:23:00 LSEEDANEE]
{42A23} ENDING MILEAGE 228 [01/27/23 12:59:11 LSEEDANEE]
{81K18} UC [01/27/23 12:53:45 LSEEDANEE]
{42A23} UNIT WILL ADV ENDING MILEAGE [01/27/23 12:46:16 LSEEDANEE]

**Price_LParker 0028**

Event ID: 2023-0307594    Call Ref #:  169    **WARRANT SERVICE at 11999 LOCKWOOD RD/N LAKE HOUSTON PKWY**

[42A23-TRANSPORT] {42A23} End Mileage: 0.0  [01/27/23 12:45:58 LSEEDANEE]
MKE/WANTED PERSON
EXL/1 - FULL EXTRADITION
ORI/TX2201200 NAM/TAYLOR,JOHN JOSEPH SCOTT SEX/M RAC/B POB/TX
DOB/█████████ HGT/510 WGT/230 EYE/BRO HAI/BLK FBI/█████████ CTZ/US
SMT/SC R LEG
MNU/OA-0975768 SOC/██████████
OLN/40466673 OLS/TX OLY/2022
OFF/PUBLIC ORDER CRIMES SEE MIS - EOCBURGLARY
DOW/20210621 OCA/210007996
WNO/2021FW001701 CTI/TX220031J
SID/TX██████████
LKI/TX2201200 LKA/200086910
MIS/EOC BURGLARY OF BUILDING / AFIS FPC AWSRR ARLWS / CID TARRANT 0975768 /
MIS/PI-TX 34836020 / CONF YQ FWPZ TX2201200
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) DDA/20210621
SNU/5300 SNA/S LAKE HOUSTON   APT 319
CTY/HOUSTON STA/TX ZIP/77049
COU/HARRIS
SMT/TAT ABDOM
SMT/TAT CHEST
SMT/TAT L ARM
SMT/TAT L LEG
SMT/TAT R ARM
SMT/TAT R LEG
MNU/PI-34836020
NIC/W823948191 TIC/TW2538224669 DTE/20210621 1747 DLU/20220923 0107
ORI IS FORT WORTH POLICE DEPT 817 392-3211
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI  [01/27/23 12:43:04 Unit:63W18]
MKE/WANTED PERSON
ADO/Y - THIS SUBJECT HAS MULTIPLE WARRANTS FROM THIS AGENCY
EXL/1 - FULL EXTRADITION
ORI/TX2200000 NAM/TAYLOR,JOHN JOSEPH SCOTT SEX/M RAC/B POB/TX
DOB/█████████ HGT/510 WGT/230 EYE/BRO HAI/BLK FBI/██████████
SMT/TAT CHEST
MNU/OA-0975768 SOC/██████████
OLN/40466673 OLS/TX OLY/2022
OFF/BURGL - FORCED ENTRY-RESID
DOW/20211207 OCA/1686492D
SID/TX██████████
VLD/20220917
MIS/MNU OA TARRANT CO ID; BURGLARY BUILDING; ALSO WARRANTS 1686594D 1690557D;
MIS/AFIS AWSRR ARLWS; MNU PI TX ID; TO CONFIRM CALL 8178841310; BB 091722
DNA/N
AKA/TAYLOR,JOHN
AKA/TAYLOR,JOHN J
AKA/TAYLOR,JOHN JOSEPH
SMT/SC R LEG
SMT/TAT ABDOM
SMT/TAT L ARM
SMT/TAT L LEG
SMT/TAT R ARM
SMT/TAT R LEG
MNU/PI-34836020
NIC/W716525769 TIC/TW2604862162 DTE/20220516 0904 DLU/20220917 2044
ORI IS TARRANT CO SO FORT WORTH 817 884-1213
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI  [01/27/23 12:42:23 Unit:63W18]
MKE/WANTED PERSON
EXL/4 - NO EXTRADITION - INSTATE PICK UP ONLY. SEE MIS FIELD FOR LIMITS

---

*Event Report*                                                      Page 4 of 6

Price_LParker 0029

ORI/TX2270000 NAM/TAYLOR,JOHN JOSEPH SEX/M RAC/B POB/TX
DOB/▮▮▮▮▮▮ HGT/507 WGT/170 EYE/BRO HAI/BLK FBI/▮▮▮▮▮▮
SMT/SC R LEG
MNU/PI-34836020 SOC/▮▮▮▮▮▮
OLN/40466673 OLS/TX OLY/2022
OFF/BURGLARY
DOW/20220623 OCA/D1DC21300489
CTI/TX227145J
MIS/EXL TEXAS ONLY/BURGLARY OF BUILDING/ STATE JAIL FELONY* 331ST DC /
MIS/BOND$35,000/ SID#TX ▮▮▮▮▮▮ / MNU PI IS TEXAS ISSUED ID CARD
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) DDA/20220625
SNU/5300 SNA/S LAKE HOUSTON PKY #319
CTY/HOUSTON STA/TX ZIP/77049
AKA/TAYLOR,JOHN
AKA/TAYLOR,JOHN J
AKA/TAYLOR,JOHN JOSEPH SCOTT
SMT/TAT ABDOM
SMT/TAT CHEST
SMT/TAT L ARM
SMT/TAT L LEG
SMT/TAT R ARM
SMT/TAT R LEG
MNU/OA-TX▮▮▮▮▮▮
NIC/W466904993 TIC/TW2613729571 DTE/20220625 1010 DLU/20220625 1014
ORI IS TRAVIS CO SO AUSTIN 512 854-1029
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI  [01/27/23 12:41:32 Unit:63W18]
MKE/WANTED PERSON - CAUTION
CMC/05 - VIOLENT TENDENCIES
ADO/Y - THIS SUBJECT HAS MULTIPLE WARRANTS FROM THIS AGENCY
EXL/1 - FULL EXTRADITION
ORI/TX0150000 NAM/TAYLOR,JOHN JOSEPH SCOTT SEX/M RAC/B
DOB/▮▮▮▮▮▮ HGT/510 WGT/230 EYE/BRO HAI/BLK FBI/▮▮▮▮▮▮ CTZ/US
SKN/RUD SMT/TAT R LEG
MNU/PI-34836020 SOC/▮▮▮▮▮▮
OLN/40466673 OLS/TX OLY/2022
OFF/BURGLARY
DOW/20210708 OCA/1766804
SID/TX▮▮▮▮▮▮
VLD/20221109
MIS/CAUTION--,ORIG CHARGE BURGLARY BUILDING-INTENT THEFT,CONTACT BEX CO SO
MIS/210-335-6000,PRE-INDICT FUG
DNA/N
AKA/TAYLOR,JOHN
AKA/TAYLOR,JOHN J
AKA/TAYLOR,JOHN JOSEPH
SMT/SC R LEG
SMT/TAT ABDOM
SMT/TAT CHEST
SMT/TAT L ARM
SMT/TAT L LEG
SMT/TAT R ARM
NIC/W604139636 TIC/TW2541932157 DTE/20210708 1230 DLU/20221109 1431
ORI IS BEXAR CO SO SAN ANTONIO 210 335-6000
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI  [01/27/23 12:40:50 Unit:63W18]
[42A23-TRANSPORT] {42A23} Beg Mileage: 223.0  [01/27/23 12:39:11 LSEEDANEE]
[42A23-TRANSPORT] {42A23} 1 FM ON BOARD  [01/27/23 12:39:10 LSEEDANEE]
Linked Events 2023-0307594(169) to 2023-0306503(785)  [01/27/23 12:38:43 LSEEDANEE]
{42A23} CHNG LOC TO 10211 PIAVE  [01/27/23 12:36:05 LSEEDANEE]
{63W26} 1 DETAINED/UC  [01/27/23 12:07:47 LSEEDANEE]

---

*Event Report*                                                                 Page 5 of 6

**Price_LParker 0030**

Event ID: 2023-0307594    Call Ref #:  169    **WARRANT SERVICE at 11999 LOCKWOOD RD/N LAKE HOUSTON PKWY**

{42A23} 1 FM DETAINED  [01/27/23 12:05:00 LSEEDANEE]
{63W26} OUT AT CHIPOTLE  [01/27/23 12:03:30 LSEEDANEE]
{63W26} LOST SIGT LS NEAR MOD PIZZA  [01/27/23 12:02:54 LSEEDANEE]
IN FRNT OF CHIPOTLE  [01/27/23 12:02:14 LSEEDANEE]
{63W26} SUSP VEH WHI VOLKS SUV LP PRL8286 OCC X1/LS NEAR MOD PIZZA  [01/27/23 12:01:57 LSEEDANEE]
{63W26} TRAVELING THRU PLOT NEAR PETSMART  [01/27/23 12:00:31 LSEEDANEE]
{42A23} JUST S OF LOC  [01/27/23 11:59:34 LSEEDANEE]
{63W26} TAKING OFF THRU PLOT  [01/27/23 11:59:10 LSEEDANEE]
{63W26} PULLING INTO KROGER AT W LAKE HOUSTON/BW 8  [01/27/23 11:58:52 LSEEDANEE]
{63W26} E ON LAKE HOUSTON FROM LOCKWOOD APPROACHING BW 8  [01/27/23 11:57:50 LSEEDANEE]
{63W26} UNIT CK BY FOR STOP N ON LOCKWOOD APPROACHING N LAKE HOUSTON  [01/27/23 11:56:25 LSEEDANEE]
NB LOCKWOOD FROM N LAKE HOUSTON, CHECKING WITH D2 FOR STOP  [01/27/23 11:55:05 CKINTZ]
PRL8286  [01/27/23 11:53:43 CKINTZ]
UC  [01/27/23 10:56:00 AWREN]
NEED A UNIT  [01/27/2023 09:39:01 AWREN]

---

*Event Report*                                                                                                    Page 6 of 6

Price_LParker 0031



# Harris County Sheriff's Office

1200 Baker Street, Houston TX. 77002  ★  (713) 755-6044  ★  www.sheriff.hctx.net

## Prisoner Intake Report

**Today's Date:** 03/11/25 11:21

## Prisoner, Booking, and Screening Info

**Booking#:** 004684655                    **SPN:** 02584474
**Name:** PARKER, LENISHA
**Race:** B - Black                    **Sex:** F                    **DOB:** ▮▮▮▮
**Registration Date/Time:** 1/27/23   14:11
**Intake Date/Time:** 1/27/23   15:45
**Intake Officer:** SOMUYIWA, KAMILU ▮▮▮▮
**MHH Status:** Not Found
**Health Screening Completed?**    **Yes**
**Referred to Medical?**    **No**
**Medical Screening Decision:**
**TCIC/NCIC/SETCIC Check?**    **No**

## Finger Scan Status Info

**Finger Scan Performed:**   **Performed**

**AFIS #:**                    **AFIS Status:**

## Inmate Information

| Data Type | User Entry | Data Type | User Entry | Data Type | User Entry |
|---|---|---|---|---|---|
| SPN: | 02584474 | Agency Contact Person: | | Weight: | 110 |
| FBI: | | Last Name: | PARKER | Build: | Medium |
| SID: | | First Name: | LENISHA | Hair Type: | Kinky |
| SO#: | 1803890 | Middle Name: | | Hair Length: | Over Shoulder |
| SS#: | ▮▮▮▮ | DOB: | ▮▮▮▮ | Hair Color: | Black |
| DL Type: | | Age: | 29 | Marital Status: | Single |
| DL #: | ▮▮▮▮ | Sex: | F | Religious Pref: | Church of God |
| DL State: | Texas | Race: | Black | Veteran: | No |
| License of ID: | | Ethnicity: | Unknown | Eyes: | Brown |
| State of License/ID: | | Skin: | Black | Glasses: | No |
| DA Log #: | | Place of Birth: | Texas | Beard: | NO |
| Asst. DA Name: | | City of Birth: | HOUSTON | Mustache: | No |
| Wanted: | No | Citizenship: | United States | Using Drugs: | No |
| Agency Wanting Person: | | Height: | 5'06" | Using Alcohol: | No |

## Arrest Info

| Data Type | User Entry | Data Type | User Entry |
|---|---|---|---|
| Arrest Date/Time: | 1/27/23   13:00 | Transporting Agency: | HARRIS COUNTY SHERIFF    SHF |
| Arrest Location: | 10211 Piave Dr, Hiouston, Tx | TO Badge #: | 2427 |
| Arresting Agency: | HARRIS COUNTY SHERIFF | TO Employee ID: | 2427 |
| AO Badge #: | 2427 | TO Last Name: | Price |
| AO Employee ID: | ▮▮▮▮ | TO First Name: | Kenneth |
| AO Last Name: | Price | TO Contact #: | 713534▮▮▮ |
| AO First Name: | Kenneth | TO Unit Number: | |
| AO Contact #: | 713534▮▮▮ | Prisoner Health Cond: | Claims Good Health |
| AO Unit #: | | Possible MH Issues: | No |

Price_LParker 0032

# Inmate Address Information

| Addr. Type | Address (Line 1) | Address (Line 2) | City | State | Zip Code | Source |
|---|---|---|---|---|---|---|
| Residence | 10211 Piave Dr | | HOUSTON | TX | 77044 | OMS |

# Inmate Phone Information

| Phone Type | Phone Number | Source |
|---|---|---|
| Mobile | (832) 865-███ | OMS |

# Emergency Contacts

| First Name | Middle Name | Last Name | Relationship | Phone Number |
|---|---|---|---|---|
| Nikki | | Ryan | Friend | (832) 352-███ |

# Employment Info

| Employer Name | Occupation | Employer Addr. | City | State | Zip Code | Phone Type | Phone # | Source |
|---|---|---|---|---|---|---|---|---|
| FOREVER 21 | SALES/CASHIER | | | | | | () - | JIMS |

# Scars, Marks and Tattoos

| Type | Location | Description |
|---|---|---|
| TATTOOS | TAT CHEST | |
| TATTOOS | TAT WRS | |

# Charge & Warrant Info

## Charges To Be Filed or Reason For Arrest

**Do you intend to file new charges (DIMS) for this prisoner?**　　**No**

Out of County Warrant

## Houston Municipal Charges

**Warrants:** No　　　**Municipal Charge:** No

| Municipal Warrant # |
|---|
| |

# Property Information

| Qty | Type | Item | Description | Color | Refused |
|---|---|---|---|---|---|
| 1 | Cash at Intake | Cash | Amount: $0.0, Receipt#: 107548798, PRICE, KENNETH | N/A | N |
| 1 | Clothing | Coat | Coat | Green | N |
| 1 | Clothing | Pants/Shorts | jeans | Blue | N |
| 1 | Clothing | Shoes | shirt | Black | N |
| 2 | Clothing | Shoes | shoes | Tan | N |
| 1 | Valuable | Other | TXDL#████ | N/A | N |
| 1 | Valuable | Other | hair tie | Black | N |
| 1 | Valuable | Other | waist support | Black | N |

## Valuable Property Location Info

| Secure Pak ID Number |
|---|
| DG18546387 |

| Valuable Property Bag # |
|---|
| 07991 |

**Prisoner Given Opportunity to Get Phone Numbers from Mobile Device?**　　Yes

**CCQ Run?**　Yes

**Prisoner Process Flows**

**Prisoner Flag: O - O-Open Case**

**Price_LParker 0034**

# Incident Report
## FORT WORTH POLICE DEPARTMENT



505 W. Felix St.
Fort Worth, Texas 76115
817-392-4200

Reported Date

Nature of Call

Officer
**FIGUEROA 3921, W E 3921**

| ADMINISTRATIVE INFORMATION | | | |
|---|---|---|---|
| Agency | Case No | Reported Date | Reported Time |
| **FORT WORTH POLICE DEPARTMENT** | **200086910** | | |
| Status | Nature of Call | | |
| | | | |
| Offense Location | City | Zip Code | Rep Dist |
| **HARRIS COUNTY** | | | |

| Area | Zone | Dates of Occurrence | Time of Day |
|---|---|---|---|
| **Outside Ft Worth Or Unknown** | | **2/24/2023** | **9:32 AM** |
| | | | Assignment |
| Reporting Officer | | | |
| **FIGUEROA 3921, W E 3921** | | | |

## VICTIM SUMMARY

## ARRESTED PERSON

| Name | MNI | Race | Sex | Age |
|---|---|---|---|---|
| **TAYLOR,JOHN JOSEPH** | **3352889** | **U** | **M** | **28** |

| Address | City | State | Zip Code | Booking No |
|---|---|---|---|---|
| **5300 S LAKE HOUSTON PKWY** | **HOUSTON** | **TX** | **77049** | **DT211476** |

| Arrest Date / Time | Book Date / Time |
|---|---|
| **6/7/2021 9:32 AM** | **6/4/2021 9:32 AM** |

### CHARGES SUMMARY

| Charge | Level | Warrant # |
|---|---|---|
| **PC 71.02 Burglary EOC/Burglary** | **F3** | |

## ARRESTED PERSON

| Name | MNI | Race | Sex | Age |
|---|---|---|---|---|
| **TURNER,TYRUS CHARLES** | **3352892** | **B** | **M** | **30** |

| Address | City | State | Zip Code | Booking No |
|---|---|---|---|---|
| **695 NORMANDY ST** | **HOUSTON** | **TX** | **77015** | **DT221302** |

| Arrest Date / Time | Book Date / Time |
|---|---|
| **4/19/2022 8:17 AM** | **4/19/2022 8:18 AM** |

Price_LParker 0035

## CHARGES SUMMARY

| Charge | Level | Warrant # |
|---|---|---|
| PC 71.02 Burglary EOC/Burglary | F3 | 2021FW001456 |
| PC 71.02(b) ENGAGING IN ORGANIZED CRIMINAL ACTIVITY | F3 | 2021FW001702 |

## ARRESTED PERSON

| Name | | MNI | Race | Sex | Age |
|---|---|---|---|---|---|
| PARKER,LENISHA JANEA | | 3352894 | B | F | 29 |

| Address | City | State | Zip Code | Booking No |
|---|---|---|---|---|
| 4822 E SAM HOUSTON PKWY | HOUSTON | TX | 77049 | DT230475 |

| Arrest Date / Time | Book Date / Time |
|---|---|
| 2/24/2023 9:32 AM | 2/24/2023 9:33 AM |

## CHARGES SUMMARY

| Charge | Level | Warrant # |
|---|---|---|
| PC 71.02 Burglary EOC/Burglary | F3 | 2021FW0001457 |

## ARTICLES SUMMARY

| Involvement | | | | Article | Serial No | |
|---|---|---|---|---|---|---|
| **7 STOLEN** | | | | **$1000.00 IN CASH** | | |
| Brand | Model | Pieces | Article Value | Description | | |
| | | 1000.0000 | $1,000.00 | $1000.00 IN CASH | | |
| Recovery Location | | | | Recovery City | Recovery Value | Owner Applied No |
| | | | | | | |
| **Involvement** | | | | **Article** | **Serial No** | |
| **DAMAGE WHILE OTHER OFFENSE IS OCCURRING** | | | | **DOOR FRAME DAMAGED** | | |
| Brand | Model | Pieces | Article Value | Description | | |
| | | 1.0000 | $2,000.00 | DOOR FRAME DAMAGED | | |
| Recovery Location | | | | Recovery City | Recovery Value | Owner Applied No |
| | | | | | | |
| **Involvement** | | | | **Article** | **Serial No** | |
| **7 STOLEN** | | | | **SAFE** | | |
| Brand | Model | Pieces | Article Value | Description | | |
| | | 1.0000 | $300.00 | SAFE | | |
| Recovery Location | | | | Recovery City | Recovery Value | Owner Applied No |
| | | | | | | |

## SUMMARY NARRATIVE

Price_LParker 0036

THE STATE OF TEXAS    ) (
COUNTY OF TARRANT    ) (

WARRANT NO: 2021 FW 001457
CASE NO:    200086910

## WARRANT OF ARREST

### TO ANY PEACE OFFICER OF THE STATE OF TEXAS:

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant; you are hereby commanded to arrest

## LENISHA JANEA PARKER

### A black female, date of birth ▮▮▮

Hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of the said State, to-wit

### FOC-BURGLARY OF BUILDING

Of which offense SHE the said suspect is accused by the written affidavit, under oath of Detective J. Lonergan #4165, Fort Worth Police Department, filed before me anterior to the issuance of this warrant.

Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the __27th__ day of __May__, A.D., 2021.

*Danny Rodgers*

MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

**Danny Rodgers**

**Chief Judge, Fort Worth Municipal Court**

TITLE AND OFFICE HELD BY MAGISTRATE

RECOMMENDED BOND: $ __10,000.00__

TIME: __11:36__

### RETURN

Came on to hand on the __20__ day of __April '23__, and executed on the __20__ day of __April '23__

_____ #399
NAME OF PEACE OFFICER

_____
DESCRIPTION OF OFFICE

Confidential                     Page 1                     5/27/2021

Price_LParker 0037

THE STATE OF TEXAS ) (                          WARRANT NO: 2021 FW 001457
COUNTY OF TARRANT ) (                           CASE NO: _____200086910_____

# WARRANT OF ARREST
## TO ANY PEACE OFFICER OF THE STATE OF TEXAS;

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant; you are hereby commanded to arrest

# LENISHA JANEA PARKER
### A black female, date of birth: ██████

Hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of the said State, to-wit

## EOC-BURGLARY OF BUILDING

Of which offense **SHE** the said suspect is accused by the written affidavit, under oath of **Detective J. Lonergan #4165**, Fort Worth Police Department, filed before me anterior to the issuance of this warrant.
Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the ⎯27th⎯ day of ⎯May⎯, A.D., 2021.

*Danny Rodgers*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

**Danny Rodgers**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

## Chief Judge, Fort Worth Municipal Court
TITLE AND OFFICE HELD BY MAGISTRATE

RECOMMENDED BOND: $ ⎯10,000.00⎯
TIME: ⎯11:36⎯

### RETURN

Came on to hand on the ⎯⎯⎯ day of ⎯⎯⎯⎯⎯⎯⎯, ⎯⎯⎯⎯, and executed on the ⎯⎯⎯ day of ⎯⎯⎯⎯⎯⎯⎯, ⎯⎯⎯.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
NAME OF PEACE OFFICER

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
DESCRIPTION OF OFFICE

Confidential                    Page 1                    5/27/2021

Price_LParker 0038

THE STATE OF TEXAS ) (
COUNTY OF TARRANT ) (

WARRANT NO: 2021 FW 001457
CASE NO: _____ 200086910

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who after being duly sworn on oath deposes and says: My name is **Detective J. Lonergan #4165, FORT WORTH POLICE DEPARTMENT,** and I have good reason to believe and do believe that on or about the **8th day of November, 2020**, in Tarrant County, Texas, **Lenisha Janea Parker, a black female, date of birth** ███████ with the intent to establish, maintain, or participate in a combination or in the profits of a combination did then and there commit the offense of **Engaging in Organized Criminal Activity-BURGLARY OF BUILDING,** without the effective consent of **Janie Peyton,** the District manager of the restaurant Chicken Salad Chick thereof, break into or enter a building, to wit: the Chicken Salad Chick restaurant, with intent to commit theft.

My belief is based upon the following facts and information:

That on November 8, 2020, Janie Peyton, the District manager of the restaurant Chicken Salad Chick located at 8825 Tehama Ridge Pkwy., Fort Worth, Tarrant County, Texas, observed the front door to the restaurant was damaged and unlocked. Janie entered the restaurant, performed a walk through and discovered the office safe was stolen.

That on November 8, 2020, Janie called the Fort Worth Police non-emergency phone number and completed offense report# 200086910.

That on November 9, 2020, your Affiant was assigned report# 200086910 for follow up investigation.

That beginning in November of 2020, a series of Burglary events started taking place in the Fort Worth area targeting restaurants for their safes. Surveillance video footage obtained from the burglaries yielded two primary suspects described as very large framed black males approximately 5'10 in height. The two males wore distinctive blue coveralls / jumpsuits that appear almost identical. Each male carefully conceals most of their face with a ski mask or something similar. Each male wore gloves during every Burglary. The investigation has shown that the suspects go to great lengths to conceal their identities, even removing the license plates to their vehicle.

> *Suspect 1:* Medium height black male, very heavy, wearing blue coveralls/jumpsuit, with a black full head covering with a reflective Nike swoosh and a reflective stripe in the back. Suspect 1 carried a crowbar with a yellow sticker.
> *Suspect 2:* Medium height black male, very heavy, wearing blue coveralls/jumpsuit, black face covering with a single round eye opening, orange and black gloves and black boots with white shoelaces.
> *Suspect 3:* unknown person providing planning/monetary support for commission of the offenses (rental cars, hotel rooms).
> *Suspect vehicle:* 2020 white Jeep Compass with no license plates.

That subsequent investigation has yielded that the suspects are from Houston, Texas and using rental vehicles to travel back and forth to Fort Worth and surrounding cities.

Confidential                    Page 2                    5/27/2021

Price_LParker 0039

THE STATE OF TEXAS   ) (
COUNTY OF TARRANT   ) (

WARRANT NO: 2021 FW 001457

CASE NO: _____200086910

That your Affiant contacted Janie and was referred to the owner, John Schissler. Your Affiant received video from John. The video was from seven different camera angles inside the Chicken Salad Chick.

That on November 30, 2020, your Affiant created a BOLO (Be on the Look Out) with still shots of the two suspects and suspect vehicle from the surveillance videos taken at Chicken Salad Chick. The BOLO was disseminated citywide.

That on April 14, 2021, your Affiant was contacted by Austin PD Detective Dustin Smart #5371. Detective Smart was part of a Property Crimes unit investigating a series of burglaries in Austin with the same *modus operandi* as the burglaries committed in Fort Worth and surrounding areas. Detective Smart obtained a copy of your Affiant's BOLO and compared your Affiant's suspects to his suspects.

That in almost all the offenses committed in Austin the suspects are wearing the same clothing, gloves, head coverings, shoes and using the same tools as in the offense committed at Chicken Salad Chick.

That through the use of search warrants for cellular devices in use around the offense locations in Austin, Austin PD obtained a list of numbers and determined one number was located at 5 burglary offenses. That cell phone number was associated with an in vehicle OnStar device. OnStar is an in-vehicle safety and security system which centers around a cellular device placed in the equipped vehicle.

That Austin PD was able to trace that OnStar number to a rental company Avis Budget Group and determine the person who rented the vehicle used in the commission of multiple burglaries in their cases was Lanisha Janea Parker, black female date of birth: █████████

That on March 3, 2021, Austin PD tracked another rental vehicle rented to Lanisha Parker to the Embassy Suites by Hilton located at 9505 Stonelake Blvd., Austin, Texas. At that hotel a room was being rented by Lanisha Parker and John Taylor.

That Austin PD observed two large black males depart the location in the rented vehicle. Austin PD affected a traffic stop on the vehicle and identified the driver and passenger as **Tyrus Charles Turner Jr., black male date of birth** ██████ and John Joseph Scott Taylor.

That Austin PD searched the vehicle and located numerous incriminating pieces of evidence to include: bulk amounts of cash that were both loose and banded with bank wrappings, two blue coveralls / jumpsuits, two black face coverings (one with a Nike emblem), black boots, and crow bar with a yellow sticker in the middle. All of the clothing and tools named above are seen being used or worn by the suspects during the commission of the burglaries in Fort Worth and surrounding areas.

That your Affiant viewed Lenisha Parker's Facebook page and found that she is married to John Taylor. John Taylor is a very large framed black male and does match the physical descriptors of the suspects in these Burglaries.

That your Affiant obtained vehicle rental information from Avis Budget Group confirming a white 2020 Jeep compass license plate# ██████ was rented by Lanisha Parker out of Houston.

Confidential                    Page 3                    5/27/2021

Price_LParker 0040

THE STATE OF TEXAS    ) (
COUNTY OF TARRANT    ) (

WARRANT NO: <u>2021 FW 001457</u>
CASE NO: _____ <u>200086910</u>

That your Affiant queried a police database known as Vigilant Solutions. The queried white 2020 Jeep compass license plate# [REDACTED] had a location hit on 11/8/2020 at 12:21 AM at 4400 Colleyville Blvd. Colleyville, TX. less than 2 hours before and 11 miles away from the offense location at Chicken Salad Chick.

That after John Taylor's arrest for Burglary he made a jail phone call to Lenisha Parker's known phone number of (832) 865-[REDACTED] This phone call occurred on 3/22/2021, at 12:58 pm, in which John Taylor tells Lenisha Parker to "wipe that phone." and Lenisha replies, "I'm trying to, it's asking for a code." This is common when suspects believe that incriminating information is located on their electronic devices (i.e. cellular phone) and they want it erased. This makes their incriminating digital evidence no longer available to law enforcement.

Due to the aforementioned facts and information being related to me as a result of this investigation, I have reason to believe and do believe **Lenisha Janea Parker., black female date of birth** [REDACTED] did commit the offense of **Engaging in Organized Criminal Activity-BURGLARY OF BUILDING** against the laws of the state of Texas as defined in the penal code.

WHEREFORE, I request that an arrest warrant issue for the suspect hereinbefore designated according to the laws of this State.

WITNESS my signature this, the 27TH day of May, 2021.

_____ #4165
AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME this, the 27th day of May, 2021.

*Danny Rodgers*
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

**Danny Rodgers**
PRINTED NAME

**Chief Judge, Fort Worth Municipal Court**
TITLE AND OFFICE HELD BY MAGISTRATE

Price_LParker 0041

THE STATE OF TEXAS )( WARRANT NO: 2021 FW 001701
COUNTY OF TARRANT )( CASE NO: 210007996

## WARRANT OF ARREST

### TO ANY PEACE OFFICER OF THE STATE OF TEXAS;

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant; you are hereby commanded to arrest

## JOHN JOSEPH SCOTT TAYLOR

### A black male, date of birth: ███████

Hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of the said State, to-wit

### FOC-BURGLARY OF BUILDING

Of which offense HE the said suspect is accused by the written affidavit, under oath of Detective J. Lonergan #4165, Fort Worth Police Department, filed before me anterior to the issuance of this warrant. Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the __21__ day of __JUNE__, A.D., 2021.

*Patricia L Summers*

MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

PATRICIA L. SUMMERS

JUDGE, FORT WORTH MUNICIPAL COURT

TITLE AND OFFICE HELD BY MAGISTRATE

RECOMMENDED BOND: $ __5000.00__
TIME: __1:20 P.M.__

### RETURN

Came on to hand on the __22__ day of __Sep__ __23__, and executed on the __22__ day of __Sep__, __23__.

*W. Figueroa #3921*

OFFICER W.Figueroa #3921
FWPD

NAME OF PEACE OFFICER

DESCRIPTION OF OFFICE

Price_LParker 0042

THE STATE OF TEXAS    ) (

COUNTY OF TARRANT    ) (

WARRANT NO: 2021 FW 001701

CASE NO:    210007996

# WARRANT OF ARREST
## TO ANY PEACE OFFICER OF THE STATE OF TEXAS;

The undersigned Magistrate having heretofore found that probable cause exists for the issuance of this warrant; you are hereby commanded to arrest

# JOHN JOSEPH SCOTT TAYLOR
### A black male, date of birth: ███████

Hereinafter referred to as the suspect, and bring the said suspect before a Magistrate in and for Tarrant County, Texas, instanter, then and there to answer the State of Texas for an offense against the laws of the said State, to-wit

# EOC-BURGLARY OF BUILDING

Of which offense **HE** the said suspect is accused by the written affidavit, under oath of **Detective J. Lonergan #4165**, Fort Worth Police Department, filed before me anterior to the issuance of this warrant. Herein fail not and due return make hereof at the place hereinafter named.

Witness my official signature this the __21__ day of __JUNE__, A.D., 2021.

*Patricia L Summers*

MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

PATRICIA L. SUMMERS

JUDGE, FORT WORTH MUNICIPAL COURT

TITLE AND OFFICE HELD BY MAGISTRATE

**RECOMMENDED BOND: $__5000.00__**

**TIME:    1:20 P.M.**

### RETURN

Came on to hand on the _____ day of _____, _____, and executed on the _____ day of _____, _____.

NAME OF PEACE OFFICER

DESCRIPTION OF OFFICE

Confidential                    Page 1                    6/21/2021

Price_LParker 0043

THE STATE OF TEXAS   ) (                      WARRANT NO: 2021 FW 001701
COUNTY OF TARRANT  ) (                         CASE NO:       210007996

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who after being duly sworn on oath deposes and says: My name is **Detective J. Lonergan #4165, FORT WORTH POLICE DEPARTMENT,** and I have good reason to believe and do believe that on or about the **31st day of January, 2021**, in Tarrant County, Texas, **JOHN JOSEPH SCOTT TAYLOR, a black male, date of birth:** ███████ with the intent to establish, maintain, or participate in a combination or in the profits of a combination did then and there commit the offense of **Engaging in Organized Criminal Activity-BURGLARY OF BUILDING,** without the effective consent of **Kevin Klingele,** the owner of the 7 Mile Cafe thereof, break into or enter a building, to wit: the 7 Mile Cafe, with intent to commit theft.

My belief is based upon the following facts and information:

That on January 31, 2021, at approximately 12:20 AM, the witness (Clifford Ford) a Security Officer for Axis Protection hired by Kevin Klingele the owner of 7 Mile Café located at 6300 North Fwy., Fort Worth, TX. in Tarrant County was patrolling the parking lot surrounding the restaurant. Clifford observed a dark colored crossover SUV backed up to the doors at the rear of the building. Clifford then saw a man throw something in the rear of the vehicle, get into the driver seat and drive off southbound from the building.

That Clifford flagged down an FWPD Patrol vehicle in the area and informed Officer C. Fountain #4451 that he believed a burglary just occurred. Officer Fountain attempted to locate the suspect vehicle, but was unable. Officer Fountain returned to the scene, completed the initial investigation and issued Clifford report# 210007996.

That on February 2, 2021, your Affiant was assigned report# 210007996 for follow up investigation.

That beginning in November of 2020, a series of Burglary events started taking place in the Fort Worth area targeting restaurants for their safes. Surveillance video footage obtained from the burglaries yielded two primary suspects described as very large framed black males approximately 5'10 in height. The two males wore distinctive blue coveralls / jumpsuits that appear almost identical. Each male carefully conceals most of their face with a ski mask or something similar. Each male wore gloves during every Burglary. The investigation has shown that the suspects go to great lengths to conceal their identities, even removing the license plates to their vehicle.

> *Suspect 1:* Medium height black male, very heavy, wearing blue coveralls/jumpsuit, with a black full head covering with a reflective Nike swoosh and a reflective stripe in the back. Suspect 1 carried a crowbar with a yellow sticker.
> *Suspect 2:* Medium height black male, very heavy, wearing blue coveralls/jumpsuit, black face covering with a single round eye opening, orange and black gloves and black boots with white shoelaces.
> *Suspect 3*: Unknown person providing planning/monetary support for commission of the offenses (rental cars, hotel rooms).
> *Suspect vehicle:* 2020 black Ford Edge with no license plates.

That subsequent investigation has yielded that the suspects are from Houston, Texas and using rental

Confidential                            Page 2                            6/21/2021

Price_LParker 0044

THE STATE OF TEXAS   ) (                              WARRANT NO: 2021 FW 001701
COUNTY OF TARRANT   ) (                                      CASE NO:        210007996

vehicles to travel back and forth to Fort Worth and surrounding cities.

That your Affiant contacted the owner, Kevin Klingele. Your Affiant received video from Kevin. The video was from multiple camera angles outside and inside the 7 Mile Cafe.

That on February 4, 2021, your Affiant created a BOLO (Be on the Look Out) with still shots of the two suspects and suspect vehicle from the surveillance videos taken at 7 Mile Cafe. The BOLO was disseminated citywide.

That on April 14, 2021, your Affiant was contacted by Austin PD Detective Dustin Smart #5371. Detective Smart was part of a Property Crimes unit investigating a series of burglaries in Austin with the same *modus operandi* as the burglaries committed in Fort Worth and surrounding areas. Detective Smart obtained a copy of your Affiant's BOLO and compared your Affiant's suspects to his suspects.

That in almost all the offenses committed in Austin the suspects are wearing the same clothing, gloves, head coverings, shoes and using the same tools as in the offense committed at the 7 Mile Cafe.

That through the use of search warrants for cellular devices in use around the offense locations in Austin, Austin PD obtained a list of numbers and determined one number was located at 5 burglary offenses. That cell phone number was associated with an in-vehicle OnStar device. OnStar is an in-vehicle safety and security system which centers around a cellular device placed in the equipped vehicle.

That Austin PD was able to trace that OnStar number to a rental company Avis Budget Group and determine the person who rented the vehicle used in the commission of multiple burglaries in their cases was Lanisha Janea Parker, black female date of birth: ███████

That on March 3, 2021, Austin PD tracked another rental vehicle rented to Lanisha Parker to the Embassy Suites by Hilton located at 9505 Stonelake Blvd., Austin, Texas. At that hotel a room was being rented by Lanisha Parker and John Taylor.

That Austin PD observed two large black males depart the location in the rented vehicle. Austin PD affected a traffic stop on the vehicle and identified the driver and passenger as **John Joseph Scott Taylor, black male date of birth** ███████ and Tyrus Charles Turner Jr.

That Austin PD searched the vehicle and located numerous incriminating pieces of evidence to include: bulk amounts of cash that were both loose and banded with bank wrappings, two blue coveralls / jumpsuits, two black face coverings (one with a Nike emblem), black boots, a crow bar with a yellow sticker in the middle and a pair of black gloves with a large white letter "H" on the back. All of the clothing and tools named above are seen being used or worn by the suspects during the commission of the burglaries in Fort Worth and surrounding areas.

That your Affiant viewed Lenisha Parker's Facebook page and found that she is married to John Taylor. John Taylor is a very large framed black male and does match the physical descriptors of the suspects in these Burglaries.

Confidential                              Page 3                              6/21/2021

Price_LParker 0045

THE STATE OF TEXAS    ) (
COUNTY OF TARRANT    ) (

WARRANT NO:2021 FW 001701
CASE NO:    210007996

That your Affiant obtained vehicle rental information from Avis Budget Group confirming a 2020 black Ford Edge with license plate# ████████ was rented by Lanisha Parker out of Houston on 1/28/2021.

That your Affiant queried a police database known as Vigilant Solutions. The queried 2020 black Ford Edge with license plate# ████████ had a location hit on 1/31/2021 at 2:43 PM at 100 Airline Dr Coppell, TX. less than 10 hours before and 30 miles away from the offense location at 7 Mile Cafe.

That after John Taylor's arrest for Burglary he made a jail phone call to Lenisha Parker's known phone number of (832) 865 ████ This phone call occurred on 3/22/2021, at 12:58 PM, in which John Taylor tells Lenisha Parker to "wipe that phone." and Lenisha replies, "I'm trying to, it's asking for a code." This is common when suspects believe that incriminating information is located on their electronic devices (i.e. cellular phone) and they want it erased. This makes their incriminating digital evidence no longer available to law enforcement.

That your Affiant obtained multiple offense reports from Harris County, Texas documenting John Taylor as a previously convicted Felon. John Taylor has multiple previous arrests and convictions for Burglarizing businesses and stealing their safes. One documented report did note that Lenisha Parker had previously rented a vehicle for John Taylor to use during the commission of a Burglary he perpetrated.

Due to the aforementioned facts and information being related to me as a result of this investigation, I have reason to believe and do believe **JOHN JOSEPH SCOTT TAYLOR, a black male, date of birth:** ████████ did commit the offense of **Engaging in Organized Criminal Activity-BURGLARY OF BUILDING** against the laws of the state of Texas as defined in the penal code.

WHEREFORE, I request that an arrest warrant issue for the suspect hereinbefore designated according to the laws of this State.

WITNESS my signature this, the 21st day of June, 2021.

_J.M.P. #4165_

AFFIANT

SUBSCRIBED AND SWORN TO BEFORE ME this, the 21 day of June, 2021.

_Patricia L. Summers_
MAGISTRATE IN AND FOR TARRANT COUNTY, TEXAS

PATRICIA L. SUMMERS
PRINTED NAME

JUDGE, FORT WORTH MUNICIPAL COURT
TITLE AND OFFICE HELD BY MAGISTRATE

Confidential                    Page 4                    6/21/2021

Price_LParker 0046