**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LENISHA J. PARKER,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:25-cv-01075** |
| | § | |
| **BETTER NOW THAN LATER** | § | |
| **BAIL BOND, LISA GAIL PORTER,** | § | |
| **AND DANIEL PRICE,** | § | |
| *Defendants.* | § | |

## <u>JOINT ADVISEMENT TO THE COURT</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to the Court's Order (Dkt. 54), the parties hereby submit this Joint Advisement regarding the status of the document production at issue.

1.     The parties have conferred and state that they have produced the relevant documents required by the Court's Order. Defendant Price represents that he believes that such production resolves any pending disputes between the parties relating to that Order. Plaintiff, however, does not agree that the production resolves all outstanding issues and maintains that disputes remain. See docket entries 56 & 57.

2.     The parties respectfully submit this advisement to inform the Court of their respective positions and stand ready to provide any additional information or briefing the Court may require.

Date: March 2, 2026.

Respectfully submitted,

1

By:    */s/ Gregory Burnett*
**GREGORY BURNETT**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress Street
Houston, Texas 77002

**ATTORNEY FOR KENNETH PRICE**


By: /s/ U.A. Lewis
U.A. Lewis
SBN: 24076511
FBN: 1645666
The Lewis Law Group
P.O. Box 27353
Houston, TX 77227
Phone: (713) 570-6555
Fax: (713) 581-1017
MyAttorneyAtLaw@gmail.com

**ATTORNEY FOR PLAINTIFF
LENISHA PARKER**

## <u>CERTIFICATE OF SERVICE</u>

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/ Gregory Burnett*
GREGORY BURNETT