**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **LENISHA J PARKER,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:25-CV-01075** |
| | § | |
| **BETTER NOW THAN LATER BAIL** | § | |
| **BOND,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

On March 17, 2026, the Court held a hearing on Defendant Kenneth Price's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 28). The Court dismissed Plaintiff's claims against Defendant Price which concerned her arrest and the search of her home but denied the dismissal of her claims concerning alleged harassment and stalking. The Court now **ORDERS** Plaintiff to file an amended complaint consistent with the scope of the Court's order. Plaintiff must do so by May 11, 2026. Defendant Harris County and Sherrif Ed Gonzalez's Motion to Dismiss Plaintiff's First Amended Complaint is **DENIED** as moot.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 20th day of April, 2026.

_____
Keith P. Ellison
United States District Judge